UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RENE M. PALMA, :
:
      Plaintiff, : NO. 3:00CV01128(HBF)
:
v. :
:
:
PHARMEDICA COMMUNICATIONS, :
INC., :
:
      Defendant. : OCTOBER 29, 2003

## PLAINTIFF'S VERIFIED BILL OF COSTS

Pursuant to L.Civ.R. 17(a), the plaintiff seeks recovery of the following costs of this litigation:

| | |
|---|---|
| Filing Fee | $ 150.00 |
| Sheriff | $ 276.60 |
| Court Reporter | $ 6,309.70 |
| (deposition transcripts and one copy of trial transcript) | |
| | |
| Actuarial Litigation Service | $ 3,450.00 |
| (expert testimony of Sheldon Wishnick) | |
| | |
| Geomatrix Productions | $ 747.30 |
| (video deposition of Lawrence Timmerman) | |
| | |
| Witness Fee (Cindy Kane) | $ 40.00 |
| IKON Photocopying Inc., New Haven | $ 1,667.06 |
| (copying of trial exhibits and enlargements) | |
| | |
| Office photocopies | $ 799.80 |
| (used in preparation of case) | |

The total amount of the costs the plaintiff seeks to recover is $13,440.46. Recovery of these costs is expressly authorized by the local rules of this Court. See L.Civ.R. 17(c).

Accordingly, the plaintiff respectfully requests that her costs be awarded.

RESPECTFULLY SUBMITTED,
RENE M. PALMA

By: _____
Jeffrey S. Bagnell
Federal Bar No. CT18983
GARRISON, LEVIN-EPSTEIN,
 CHIMES & RICHARDSON, P.C.
405 Orange Street
New Haven, Connecticut 06511
(203) 777-4425
(203) 776-3965 (fax)
Jbagnell@garrisonlaw.com
Attorney for Plaintiff

## VERIFICATION

I affirm under oath that the costs set forth above are true and accurate to the best of my knowledge and belief.

_____
Jeffrey S. Bagnell

Subscribed and sworn to before me this 29th day of October 2003.

_____
Cheryl Ann Maturo
Notary Public/Commissioner of the Superior Court

MY COMMISSION EXPIRES SEPT. 30, 2004

2