CT/cymhrg (October 17, 2001)

HONORABLE Wm Garfinkel
DEPUTY CLERK C. Sanders   RPTR/ERO/TAPE S. Baldwin

TOTAL TIME: ___ hours  5  minutes

DATE 11-3-03   START TIME 4:30 pm   END TIME 4:35 pm
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Rene M. Palma

CIVIL NO. 3:00 CV 1128 (HBF)(WIG)   Jeffrey S. Bagnell
§
§                          Plaintiffs Counsel
vs.                              § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§   Glenn A. Duhl
Pharmedica Comm   §                          Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing        ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing           ☑ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☐ ..#..  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#..  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#..  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#..  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#..  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#..  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..#..  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
         ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☑ Settlement agreement placed on record —
  $392,500.00 to be paid by 11-26-2003 to Plaintiff
  Oral motion by Pharmedica Comm to stay bill of
  cost - Atty fees pending completion of settlement,
  granted
  Stipulation of Dismissal to be filed by parties

_____ Hearing continued until _____ at _____