UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RENE M. PALMA, :
 :
       Plaintiff, : NO. 3:00CV01128(HBF)
 :
v. :
 :
 :
PHARMEDICA COMMUNICATIONS, :
INC., :
 :
       Defendant. : OCTOBER 29, 2003

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Pursuant to 29 U.S.C. § 2617(a)(3), plaintiff Rene Palma moves for an award of $145,148 in attorney's fees and $13,440.46 in recoverable costs and litigation expenses. A memorandum in support of her motion is attached.

                                      RESPECTFULLY SUBMITTED,
                                      RENE M. PALMA

By: _____
      Jeffrey S. Bagnell
      Federal Bar No. ct18983
      GARRISON, LEVIN-EPSTEIN,
       CHIMES & RICHARDSON, P.C.
      405 Orange Street
      New Haven, Connecticut 06511
      (203) 777-4425
      (203) 776-3965 (fax)
      Jbagnell@garrisonlaw.com
      Attorney for Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel for the defendant, Pharmedica Communications Corp., Glenn A. Duhl, Siegel O'Connor, Schiff & Zangari, P.C., 150 Trumbull Street, Hartford, Connecticut 06103, by first class mail, postage prepaid, this 29th day of October 2003.

_____
Jeffrey S. Bagnell