Rene Palma

(Continued)
October 18, 2001
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
| 09/15/01 | Continue work on summary judgment opposition and documents referenced above; | 7.50 | 125 |
| 09/16/01 | Continue work on summary judgment opposition; assemble exhibits; insert citations to record; confer with client re: affidavit; review defendant's memorandum and cases; | 14.50 | 126 |
| 09/17/01 | Finish work on summary judgment opposition; prepare all papers for filing; conference with IKON and Pamela Fuschino re: copies; draft cover letter; conference with client re: affidavit; file in Bridgeport; | 6.50 | 127 |

Jeffrey S. Bagnell                         64.10  11,217.50

| 09/13/01 | Conference with client re: notarizing affidavit; | 0.20 | 123 |
|---|---|---|---|

Pamela Fuschino                            0.20      15.00

FOR CURRENT SERVICES RENDERED              64.30  11,232.50

RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 64.10 | $175.00 | $11,217.50 |
| Pamela Fuschino | 0.20 | 75.00 | 15.00 |

| Photocopies | 30.40 |  |
|---|---|---|
| Federal Express | 14.04 |  |
| IKON (Inv. #103996) | 53.61 | 37 |
| IKON Document Services (Inv. #HAV104228) | 246.34 | 39 |
| Lexis - Westlaw - Pacer (Research) | 185.00 |  |
| TOTAL EXPENSES | 529.39 |  |
| PREVIOUS BALANCE | $31,442.28 |  |
| TOTAL CURRENT WORK | 11,761.89 |  |
| BALANCE DUE | $43,204.17 |  |

René Palma
3 Dowd Court
Guilford, CT 06437

Account No: 552000-00M

Re: Pharmedica Communications

DRAFT STATEMENT

FOR SERVICES RENDERED BY JEFFREY S. BAGNELL

|  |  | Hours |  |
|---|---|---|---|
| 05/02/01 | Preparation for and attendance at summary judgment conference with Judge Nevas; telephone conference with client; telephone conference with Olds re: same; | 3.20 | 110 |
| 05/03/01 | Telephone conference with Glenn Duhl re: deposition; review FRCP 15 re: amending complaint; | 0.60 | 111 |
| 05/09/01 | Preparation for Kane and Cippollone depositions; consult U.S. Code re: witness fee; prepare 4th set of production requests; | 3.90 | 112 |
| 05/10/01 | Preparation for and taking of Kane and Cippollone depositions; | 5.90 | 113 |
| 05/11/01 | Review deposition transcripts; telephone conference with client re: Nutmeg Realty; review trial preparation materials; | 3.20 | 114 |
| 06/15/01 | Review letter from Glenn Duhl; forward copies of exhibits; videotape; conference with Pamela Fuschino re: same; listen to voice mail from client; | 0.50 | 115 |
| 06/26/01 | Telephone conference with client re: status; discuss Nutmeg Realty issue; | 0.20 | 116 |
|  | Jeffrey S. Bagnell | 17.50  3,062.50 |  |
|  | FOR CURRENT SERVICES RENDERED | 17.50  3,062.50 |  |

RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 17.50 | $175.00 | $3,062.50 |

| Cindy Kane (Witness Fee) | 40.00 | 31 |
|---|---|---|
| Sanders, Gale & Russell (Inv. #5496) | 360.40 | 32 |
| Sanders, Gale & Russell (Inv. #5555) | 470.38 | 33 |
| Geomatrix Productions (Inv. #6772) | 84.80 | 34 |
| Lexis - Westlaw - Pacer (Research) | 42.00 |  |
| TOTAL EXPENSES | 997.58 |  |

Rene Palma
July 12, 2001
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | $27,882.20 | |
| TOTAL CURRENT WORK | 4,060.08 | |
| 06/22/01 LESS PAYMENT RECEIVED | -500.00 | 5 |
| BALANCE DUE | $31,442.28 | |

If you wish to use VISA or Mastercard
please call the office to make arrangements.

Rene Palma
3 Dowd Court
Guilford, CT  06437

May 03, 2001
Account No: 552000-00M

Re:  Pharmedica Communications

DRAFT STATEMENT

FOR SERVICES RENDERED BY JEFFREY S. BAGNELL

| | | Hours | |
|---|---|---|---|
| 03/14/01 | Fax expert report to Glenn Duhl; review report; telephone conference with client re: same; | 0.40 | 93 |
| 03/15/01 | Preparation for Stefanski deposition; review discovery documents; listen to client's voice mail; | 2.10 | 94 |
| 03/19/01 | Preparation for Stefanski deposition; review discovery materials; review Pharmedica changed answer re: interrogatories; | 2.10 | 95 |
| 03/20/01 | Take Stefanski deposition; conference with Joseph Garrison re: same; | 6.80 | 96 |
| 03/23/01 | Preparation for upcoming depositions; | 2.30 | 97 |
| 03/26/01 | Telephone conference with client re: depositions; listen to Glenn Duhl's message re: same; | 0.20 | 98 |
| 03/28/01 | Preparation for Timmerman deposition; | 4.00 | 99 |
| 03/29/01 | Continued preparation; take Timmerman deposition; conference with client re: same; review Palma and Stefanski transcripts; listen to voice mail message from Glenn Duhl; | 6.50 | 100 |
| 04/02/01 | Review Timmerman videotape; listen to voice mail from Glenn Duhl; | 0.90 | 101 |
| 04/04/01 | File maintenance; | 0.30 | 102 |
| 04/16/01 | Review Nevas opinion; read e-mails from Glenn Duhl; respond re: sj conference; telephone conference to Olds re: deposition; telephone conference with client; | 0.80 | 103 |
| 04/17/01 | Telephone conference with Olds re: affidavit; review Stefanski deposition; draft reconsideration motion; | 1.30 | 104 |
| 04/18/01 | Preparation for pre-filing conference; review deposition transcripts; | 1.70 | 105 |
| 04/19/01 | Telephone conference with client re: status; | 0.30 | 106 |

Rene Palma
May 03, 2001
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  | Hours |  |  |
|---|---|---|---|---|
| 04/24/01 | Review CHRO file; forward bills to Pam Fuschino; | 0.60 |  | 107 |
| 04/26/01 | Listen to voicemail from Glenn Duhl; read e-mail from Glenn Duhl; discuss case with Joseph Garrison; | 0.40 |  | 108 |
| 04/30/01 | E-mail to Glenn Duhl re: conference; | 0.10 |  | 109 |
|  | Jeffrey S. Bagnell | 30.80 | 5,390.00 |  |
|  | FOR CURRENT SERVICES RENDERED | 30.80 | 5,390.00 |  |

### RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 30.80 | $175.00 | $5,390.00 |

| Facsimile | 3.00 |  |
|---|---|---|
| Federal Express | 14.04 |  |
| Travel Expenses | 1.05 |  |
| CHRO (copies) | 10.00 | 22 |
| Actuarial Litigation Service | 900.00 | 23 |
| Brandon Reporting Service, LLC (Inv. #959718) | 480.88 | 24 |
| Sanders, Gale (Inv. #s 5137; 5015; 4949; 4681) | 2,325.34 | 26 |
| Geomatrix Productions (Inv. #6592) | 662.50 | 27 |
| Brandon Reporting Service (Inv. #s 959511; 959718) | 642.91 | 28 |
| Lexis - Westlaw - Pacer (Research) | 128.50 |  |
| TOTAL EXPENSES | 5,168.22 |  |
| PREVIOUS BALANCE | $19,443.44 |  |
| TOTAL CURRENT WORK | 10,558.22 |  |

| 04/09/01 | LESS PAYMENT RECEIVED | -900.00 | 4 |
|---|---|---|---|
|  | BALANCE DUE | $29,101.66 |  |

If you wish to use VISA or Mastercard
please call the office to make arrangements.

Rene Padua
3 Dowd Court
Guilford, CT  06437

Account No: 552000-00M

Re:  Pharmedica Communications

DRAFT STATEMENT

FOR SERVICES RENDERED BY JEFFREY S. BAGNELL

|  |  | Hours |  |  |
|---|---|---|---|---|
| 02/12/01 | Read FMLA case; telephone conference with client re: expert and deposition of witness; | 1.00 | | 78 |
| | Telephone conference with Glenn Duhl re date for client's deposition; | 0.10 | | 79 |
| 02/13/01 | Telephone conference with Pam Fuschino re: deposition scheduling; | 0.10 | | 80 |
| 02/14/01 | Review Judge Nevas' order re: scheduling telephone conference with client re: supplemental production; | 0.40 | | 81 |
| | Preparation of expert agreement re: damages; | 0.10 | | 82 |
| 02/16/01 | Review Glenn Duhl's e-mails re: deposition scheduling; | 0.20 | | 83 |
| 02/22/01 | Telephone conference with client re: deposition, discovery material; draft cover letter to Glenn Duhl re: same; | 0.40 | | 84 |
| 02/26/01 | Preparation of client for deposition; | 1.30 | | 85 |
| 03/01/01 | Attend and defend client deposition in Hartford; | 10.50 | | 86 |
| 03/02/01 | Review case law on inconsistent reasons for termination/pretext; | 2.80 | | 87 |
| 03/07/01 | Review discovery requests re: reorganization requests; conference with Pamela Fuschino re: expert report; | 0.60 | | 88 |
| | Jeffrey S. Bagnell | 17.50 | 3,062.50 | |
| 03/07/01 | Conference with Jeffrey Bagnell re: expert report; telephone conference with client and Sheldon Wishnick; | 0.50 | | 89 |
| 03/08/01 | Conference with client re: expert report; drafting report to expert; | 1.00 | | 90 |
| | Telephone conference with client re: settlement; review damages; reschedule Stefanski deposition; | 1.00 | | 92 |
| 03/12/01 | Telephone conference with client re: materials for expert; | 0.10 | | 91 |

Rene Palma                                              (Continued)
                                                      March 13, 2001
                                          Account No: 552000-00M

Re:  Pharmedica Communications


        Pamela Fuschino                        2.60    195.00


        FOR CURRENT SERVICES RENDERED         20.10  3,257.50

                        RECAPITULATION
| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 17.50 | $175.00 | $3,062.50 |
| Pamela Fuschino | 2.60 | 75.00 | 195.00 |


        Facsimile                              10.00
        Federal Express                        20.80
        Travel Expenses                        44.80
        IKON Document Services (Inv. #HAV103458)  14.12        16

        TOTAL EXPENSES                         89.72

        PREVIOUS BALANCE              $16,096.22

        TOTAL CURRENT WORK              3,347.22

        BALANCE DUE                   $19,443.44


If you wish to use VISA or Mastercard
please call the office to make arrangements.

Rene Palma
3 Dowd Court
Guilford, CT  06437

February 9, 2001

Account No: 552000-00M

Re:  Pharmedica Communications

DRAFT STATEMENT

FOR SERVICES RENDERED BY JEFFREY S. BAGNELL

|  |  | Hours |  |
|---|---|---|---|
| 01/10/01 | Telephone conference with client re: ERISA issue, conversation with Duhl re: same; review ERISA law re: obligation to furnish information; | 0.60 | 65 |
| 01/12/01 | Telephone conference with potential witness; leave message with M. Olds; review letter from Glenn Duhl re: 401K; | 0.30 | 66 |
| 01/17/01 | Review production from defendant; conference with client re: same; | 1.00 | 67 |
|  | Preparation of discovery responses; draft objections; review client materials re: same; | 5.60 | 68 |
| 01/22/01 | Finish discovery responses; meet with client re: same; review documents re: same; discuss status of case; | 4.00 | 69 |
| 01/24/01 | Telephone conference with Olds witness; telephone conference with client re: same; | 0.50 | 70 |
| 01/26/01 | Conference with client SEU; telephone conference to same re: status, fax address change to SEU; review discovery from IKON; | 1.00 | 71 |
| 01/31/01 | Conference with client re: discovery issues; review discovery documents; prepare draft motion to modify scheduling order; | 3.00 | 72 |
| 02/01/01 | Draft cover letter to Glenn Duhl re: discovery documents; telephone conference with client re: same; copy additional documents; | 0.80 | 73 |
| 02/06/01 | Review GD consent to scheduling order; | 0.10 | 74 |
| 02/07/01 | Review Glen Duhl e-mail re: deposition; respond re: same; | 0.20 | 75 |
| 02/08/01 | Review Glenn Duhl e-mails re: deposition dates; conference with client re: same; listen to Glenn Duhl message re: same; | 0.20 | 76 |

Rene Palma

February 13, 2001
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  | Hours |  |  |
|---|---|---|---|---|
| 02/09/01 | Telephone conference with client re: depositions and witnesses; telephone conference with Glenn Duhl re: same; | 0.30 |  | 77 |
|  | Jeffrey S. Bagnell | 17.60 | 3,080.00 |  |
|  | FOR CURRENT SERVICES RENDERED | 17.60 | 3,080.00 |  |

### RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 17.60 | $175.00 | $3,080.00 |

| Sanders, Gale & Russell (Inv. #4267) | 504.83 | 12 |
|---|---|---|
| IKON (Inv. #HAV103344) | 108.95 | 13 |
| Ikon / Inv. # HAV103395 | 178.59 | 14 |
| Sheriff's Fee | 109.80 |  |
| TOTAL EXPENSES | 902.17 |  |
| PREVIOUS BALANCE | $12,114.05 |  |
| TOTAL CURRENT WORK | 3,982.17 |  |
| BALANCE DUE | $16,096.22 |  |

If you wish to use VISA or Mastercard
please call the office to make arrangements.

Rene Pauli
3 Dowd Court
Guilford, CT 06437

Account No: 552000-00M

Re:  Pharmedica Communications

DRAFT STATEMENT

FOR SERVICES RENDERED BY JEFFREY S. BAGNELL

| | | Hours | |
|---|---|---|---|
| 06/06/00 | Telephone conference with client re: revisions to complaint; revise complaint; review article on intermittent leave; | 1.50 | 12 |
| 06/12/00 | Further revise complaint; telephone conference with client re: same; review FMLA re: penalties re: non-posting, injunctive relief; review Debbie Messina's e-mail re: agent for service of process; | 3.00 | 16 |
| 06/14/00 | Revision of complaint; discuss revisions with client; fax revisions to client; discuss negligent infliction claim with Joseph Garrison; | 1.50 | 14 |
| 06/15/00 | Review changes to complaint; | 0.40 | 15 |
| 06/20/00 | Telephone conference with client; | 0.10 | 25 |
| 07/11/00 | Conference with Lynn Lindahl re: new summons; obtain new summons; have complaint served; call Secretary of State re: registered agent; telephone conference with client re: status; | 1.50 | 18 |
| 07/12/00 | Review FMLA article from Joseph Garrison; | 0.90 | 19 |
| 07/17/00 | Review service documents from service; confirm correct service made; | 0.10 | 20 |
| 07/19/00 | Review complaint and amendment rule; being drafting amended complaint; | 0.90 | 21 |
| 07/27/00 | Review letter from client; review complaint re: amendment; | 0.30 | 22 |
| 07/28/00 | Review new FMLA materials re: case; review complaint re: amending; | 1.30 | 23 |
| 08/03/00 | Revise complaint; review FMLA statute and regulations re: same; review pleadings from Duhl; telephone conference with client re: bond; file amended complaint | | |

```
Rene Palma                              October 10, 2003
3 Dowd Court                       Account No: 552000-00M
Guilford, CT  06437

Re:  Pharmedica Communications
                                    DRAFT STATEMENT

     FOR SERVICES RENDERED BY JEFFREY S. BAGNELL
```

|          |                                                                                      | Hours |          |     |
|----------|--------------------------------------------------------------------------------------|-------|----------|-----|
| 10/22/02 | Preparation for focus group;                                                         | 1.50  |          | 181 |
|          | Preparation of focus group materials and review of proposed charge;                  | 4.50  |          | 182 |
| 10/23/02 | Focus group pre-trial preparation; playing of defendant;                             | 3.00  |          | 183 |
| 11/01/02 | Review of pre-trial materials, Westlaw research and conference with Attorney Bagnell; | 1.30  |          | 194 |
| 11/12/02 | Travel and jury selection;                                                           | 4.30  |          | 211 |
| 11/13/02 | Telephone conference with Attorney Bagnell re: trial issues;                         | 0.40  |          | 212 |
| 11/21/02 | Conference with Attorney Bagnell re: various post-trial issues;                      | 0.50  |          | 213 |
| 01/08/03 | Telephone conference with Jeff Bagnell re: settlement negotiations;                  | 0.20  |          | 227 |
| 02/26/03 | Review and edit of front pay memo; conference with Jeff Bagnell;                     | 1.00  |          | 244 |
|          | Joseph D. Garrison                                                                   | 16.70 | 5,845.00 |     |
| 11/13/02 | Attendance in court for trial advice; Travel to/from court;                          | 4.00  |          | 198 |
|          | Stephen J. Fitzgerald                                                                | 4.00  | 800.00   |     |

Rene Palma

(Continued)
October 10, 2003
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
| 09/10/02 | E-mail to Attorney Garrison regarding settlement position; review documents from CHRO; review calendar call document regarding jury selection; | 0.30 | 166 |
| 09/11/02 | Conference with Attorney Garrison regarding voir dire questions; review pre-trial order regarding same; e-mail to Attorney Duhl regarding same, calendar call 9/13; | 0.60 | 167 |
| 09/12/02 | Prepare for calendar call hearing regarding jury selection; draft proposed voir dire questions; e-mail to Attorney Duhl regarding trial dates, subpoena for Timmerman's records; review FMLA statute regarding liquidated damages; | 1.90 | 168 |
| 09/16/02 | Review Pharmedica voir dire questions; memo to Attorney Garrison regarding same; conference with Attorney Fitzgerald regarding same; listen to client voicemail regarding Michelle Olds; review docket sheet; | 0.60 | 169 |
| 09/17/02 | Conference with client regarding ABA seminar issue; review Parthenon Capital website regarding Pharmedica; conference with Christine McGuire regarding subpoenas; review Rule 45 regarding territorial limits of service; | 1.00 | 170 |
| 09/19/02 | Discuss trial dates with Attorney Duhl; conference with client and Attorney Garrison regarding same; discuss subpoena regarding sale documents with Attorney Duhl; review Rule 608 regarding evidence of untruthfulness; | 0.80 | 171 |
| 09/20/02 | Telephone call to Attorney Duhl regarding trial dates; leave message; review consent form; | 0.20 | 172 |
| 09/26/02 | Draft motion for additional limited discovery; review case law regarding same; | 2.10 | 173 |
| 10/04/02 | Telephone call to client regarding damages update; listen to voicemail regarding same; review jury instructions on NELA.net, McNamara book; review Pre-Trial Order; | 1.30 | 174 |
| 10/07/02 | Prepare for oral argument on motion for additional discovery; participate in |  |  |

Rene Palma
(Continued)
October 10, 2003
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
| | same; review Rule 608 cases; telephone conference with Wishnick regarding updated damages report; telephone call to client regarding same; begin work on timeline exhibit; | 3.10 | 175 |
| 10/08/02 | Begin work on Pre-Trial Memo; reorganize file regarding same; compile depositions and summaries in notebook; conference with client regarding status, exhibit costs; review sample jury instructions; review Pharmedica voir dire questions; review NELA seminar information regarding evidence in employment cases; | 4.70 | 176 |
| 10/12/02 | Prepare for Palma trial; continue work on joint trial memo; review all documentary evidence regarding exhibit list items; conference with client regarding updated damages report; message to Sheldon Wishnick regarding same; review tax consequence case; further compile deposition binder; | 3.40 | 177 |
| 10/14/02 | Draft motion for extension regarding trial memo; letter to Mag. Fitzsimmons regarding same; reorganize entire file; review exhibit list; add exhibits; review expert report; conference with Attorney Garrison regarding same; review release agreement; review errata sheets; cross-check same with deposition testimony; begin reviewing deposition testimony of witnesses; | 4.30 | 178 |
| 10/16/02 | Continue assembling exhibits; send updated damages report to Attorney Duhl; conference with Chambers regarding motion for extension; conference with client regarding org. chart; conference with NYC firm regarding FMLA jury instructions in Brennla case; prepare copies of pleadings for Chambers; Read Brennla case regarding frontpay; | 3.80 | 179 |
| 10/21/02 | Continue work on trial memo; prepare draft exhibits; conference with Attorney Garrison and Attorney Fitzgerald regarding same; review order regarding discovery; conference with Attorney Garrison regarding same; review jury instructions; obtain direct evidence instruction; review documents regarding additional exhibits; conference with client regarding org. chart; | 5.10 | 180 |

Rene Palma

October 10, 2003
Account No: 552000-00M

Re:  Pharmedica Communications

Hours

10/23/02  Prepare for and conduct focus group for
          Palma case; mock trial; set up video
          machine; conference with Attorney
          Garrison regarding results; conference
          with client regarding same; continue
          revise draft jury instructions; listen to
          voicemail from Attorney Duhl regarding
          trial management order;                          6.50            186

10/24/02  Revise jury instructions; send to
          Attorney Duhl; review proposed undisputed
          facts from Attorney Duhl; respond
          regarding same; review federal rules
          regarding use of deposition of adversary
          at trial; conference with client
          regarding deposition testimony, reviewing
          testimony, witnesses; conference with A.
          Flaherty regarding trial dates,
          testimony; have exhibits copies; review
          extension of time request; re-read
          summary judgment argument and 9(c)
          statement; read deposition transcripts of
          witnesses;                                       5.60            187

10/25/02  Continue trial preparation; read Kane
          deposition, *EEOC v. Ethan Allen* case
          regarding pretext; revise exhibits,
          exhibit list;                                    4.10            188

10/28/02  Continue work on trial management order;
          discuss discovery with Attorney Duhl;
          review and revise proposed exhibits; jury
          instructions; discuss same with Attorney
          Duhl;                                            2.10            189

10/29/02  Review and revise jury instructions,
          exhibit list; conference with Chambers
          regarding Pre-Trial Conference;
          conference with counsel regarding same;
          conference with Olds regarding trial;
          conference with client regarding same;
          conference with Attorney Garrison
          regarding defendant's proposed
          instructions;                                    3.40            190

10/30/02  Review, edit and file trial memo; work
          with Attorney Duhl regarding same;
          prepare and revise jury instructions;
          assemble exhibit lists, objections to
          same; review supplemental discovery from
          Pharmedica regarding sale, misstatements;
          conference with Attorney Garrison
          regarding same;                                  7.80            191

Re:  Pharmedica Communications

                                              Hours

10/31/02  Review Attorney Duhl's motion in limine;
          conference with Attorney Garrison
          regarding same; collect and review cases
          regarding same;                          4.30              192

11/01/02  Prepare, research and file objection to
          motion in limine for hearing on 11/4;
          conference with Attorney Garrison
          regarding same; fax proposed voir dire
          and verdict form to Chambers; draft
          letter to Chambers regarding same and
          objection; conference with client
          regarding deposition; call Attorney Duhl
          regarding conference;                    6.40              193

11/04/02  Prepare for and attend Pre-Trial
          Conference; assemble all exhibits;
          prepare examinations; discuss order of
          proof with Attorney Garrison; review
          deposition transcripts (Stefanski, Kane,
          Palma); conference with client regarding
          mitigation; review defendant's discovery
          responses; review Rule 608 cases
          regarding other purpose of evidence;      8.40              195

11/05/02  Research, write and file supplemental
          memo regarding motion in limine; continue
          work on exhibits, exhibit list; review
          Pre-Trial Order; draft and prepare trial
          subpoenas; draft letter to Olds regarding
          same;                                     6.70              196

11/06/02  Assemble exhibit books; review exhibits;
          review all deposition testimony; draft
          examination outlines; telephone
          conference with Attorney Duhl regarding
          settlement offer; conference with
          Attorney Garrison regarding same; talk
          with Sheldon Wishnick regarding report;
          review 2nd Circuit *Daubert* case;
          conference with IKON regarding
          enlargements;                             7.90              197

11/07/02  Continue preparation for trial; drop off
          exhibits at court; revise direct exam;
          prepare letter to Chambers regarding
          videotapes; review e-mails from Chambers
          regarding videotapes; read defendant's
          reply brief regarding motion in limine;
          telephone conference with Flaherty
          regarding trial; re-read and review
          deposition transcripts; review IKON
          enlargements; review settlement status
          with Attorney Garrison & client;
          telephone call to Attorney Duhl regarding

Rene Parma

(Continued)
October 10, 2003
Account No: 552000-00M

Re:  Pharmedica Communications

|  | | Hours | |
|---|---|---|---|
| | settlement offer; review fees and costs regarding offer; | 8.10 | 199 |
| 11/08/02 | Continue trial preparation; prepare expert witness exam; discuss expert report with Sheldon Wishnick; drop off videotapes at court; bring client to courtroom; review decision on motion in limine; conference with Attorney Garrison regarding same; telephone conference with Gamache regarding exhibits; continue reviewing depositions; | 7.80 | 200 |
| 11/09/02 | Continue trial preparation; write and revise direct exams; prepare cross exams; get hearsay exclusion authority; review depositions; respond to witness questions regarding subpoenas; | 9.40 | 201 |
| 11/11/02 | Continue trial preparation, direct and cross exams; re-read depositions; review Pre-Trial Order, ruling on motion in limine; confirm witnesses' appearances; | 8.40 | 202 |
| 11/12/02 | Travel to and attend Jury Selection; pick jury; review direct of client; conference with Attorney Garrison regarding jury; | 6.90 | 203 |
| 11/13/02 | Travel to and attend first day of trial; direct of client; redirect; direct of witnesses; redirect; | 11.90 | 204 |
| 11/14/02 | Travel to and attend second day of trial; direct of expert; cross of defense witnesses; | 12.50 | 205 |
| 11/15/02 | Travel to and attend third day of trial; cross of defense witnesses; rebuttal case; closing argument and rebuttal closing argument; wait for jury verdict; review jury questions; receive verdict; conference with Attorney Garrison regarding same; | 12.90 | 206 |
| 11/19/02 | Telephone conference with client regarding status & post trial matters; voicemail to Attorney Garrison regarding same; | 0.60 | 207 |
| 11/21/02 | Prepare for and attend telephone conference regarding outstanding damages issues; conference with Attorney Garrison regarding same; | 0.70 | 208 |

Rene Parma

(Continued)
October 10, 2003
Account No: 552000-00M

Re:  Pharmedica Communications

|            |                                                                                                                                                                                                              | Hours |     |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
| 11/23/02   | Begin research and drafting of motion for liquidated damages; draft cover sheet; review *Nero, Chandler* and other liquidated damages cases; conference with Attorney Garrison regarding same;                 | 4.50  | 209 |
| 11/24/02   | Continue work on liquidated damages motion; collect and review all cases; forward draft to Attorney Garrison;                                                                                                  | 6.10  | 210 |
| 11/25/02   | Telephone call to District Court regarding trial transcript; Telephone call to Attorney Garrison regarding liquidated damages memo;                                                                            | 0.20  | 221 |
| 11/26/02   | Telephone conference with client regarding motion for liquidated damages; review draft;                                                                                                                        | 1.20  | 222 |
| 12/02/02   | Telephone conference with client regarding motion for liquidated damages; conference with Attorney Garrison regarding same; discuss motion to release security deposit; conference with Sheldon Wishnick regarding testimony on front pay, report; | 0.40  | 223 |
| 12/10/02   | Telephone conference with Register regarding case;                                                                                                                                                             | 0.20  | 224 |
| 12/13/02   | Telephone call to Clerk's Office regarding front pay exhibit;                                                                                                                                                  | 0.10  | 225 |
| 12/23/02   | Begin reading and review three motions and briefs filed by Pharmedica; check cases;                                                                                                                            | 3.10  | 226 |
| 01/06/03   | Draft and file motion for extension of time regarding post-trial motions; conference with Attorney Garrison regarding settlement inquiry; review Attorney Duhl's e-mail;                                        | 0.40  | 228 |
| 01/13/03   | Conference with Attorney Duhl regarding settlement; conference with client regarding same, front pay hearing; conference with Attorney Garrison regarding front pay hearing, settlement;                         | 0.50  | 229 |
| 01/20/03   | Begin drafting reply brief regarding liquidated damages;                                                                                                                                                       | 2.10  | 230 |
| 01/21/03   | Finish drafting reply brief; review cases cited by defendant; obtain same on Westlaw; conference with Attorney                                                                                                 |       |     |

Rene Palma                                                           (Continued)
                                                            October 10, 2003
                                                      Account No: 552000-00M


Re:  Pharmedica Communications


                                                            Hours
             Garrison regarding same; draft cover
             letter to Court regarding Chambers' copy;      4.30              231

01/29/03  Call court regarding ruling on motion for
          costs; discuss same with Clerk in New
          Haven; message to client regarding same;          0.20              232

01/31/03  Telephone conference with Clerk's Office
          regarding front pay hearing; listen to
          client's voicemail; discuss motion for
          extension of time with Clerk; review
          Daley case regarding front
          pay/mitigation;                                   0.90              233

02/04/03  Prepare for front pay hearing; conference
          with Sheldon Wishnick regarding report,
          documentation; conference with Attorney
          Garrison regarding 7th Amendment issue;
          telephone conference with client
          regarding preparation for hearing;                1.90              234

02/06/03  Prepare for front pay hearing;
          preparation of expert witness; review
          Second Circuit caselaw regarding front
          pay; review Attorney Duhl's faxed brief
          on evening of hearing;                            4.60              235

02/07/03  Prepare for hearing; telephone call to
          expert regarding report; briefly review
          brief from Attorney Duhl regarding front
          pay;                                              0.90              236

02/08/03  Review Attorney Duhl's memorandum
          regarding front pay; obtain and read
          cases; obtain Second Circuit cases; read
          same; begin drafting memorandum in
          support of front pay award;                       3.90              237

02/09/03  Prepare for hearing; continue drafting
          front pay memo; discuss hearing procedure
          with Sheldon Wishnick;                            5.10              238

02/12/03  Prepare for and attend front pay hearing;
          travel to Bridgeport;                             2.90              239

02/19/03  Telephone conference with Bowles
          Reporting Service regarding phonetic
          spellings of names in transcript; correct
          same; telephone conference with J.
          Fazekas regarding transcript of front pay
          hearing; draft letter regarding same;             0.40              240

02/20/03  Conference with Christine McGuire
          regarding transcript fee for front pay
          hearing; discuss final judgment issue

Rene Palma

Re:  Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
|  | with client; briefs regarding front pay, new trial; carry trial file boxes to third floor regarding brief preparation; | 0.50 | 241 |
| 02/21/03 | Revise and continue drafting front pay memorandum; begin review of trial transcripts; call to J. Fazekas regarding same; obtain and review S. Ct, 2d Circuit and district court cases regarding front pay and mitigation, 7th Amendment, collateral estoppel; review Attorney Duhl's memo; | 7.60 | 242 |
| 02/24/03 | Continue work on front pay brief; review cases cited in opposition brief; further review transcripts; review all district and appellate cases regarding front pay and older employees; | 9.40 | 243 |
| 02/25/03 | Continue work on front pay brief; review transcripts for citations; further review additional cases cited in Attorney Duhl's brief; | 9.50 | 245 |
| 02/26/03 | Continue drafting front pay brief; revise and edit same; obtain transcript citations; conference with court reporter regarding transcript; conference with Attorney Garrison regarding comments on brief; telephone conference with client regarding same; | 5.40 | 246 |
| 02/27/03 | Finish revising front pay memorandum; conference with client regarding same; assemble exhibits; draft cover letter, file; begin work on JNOV and new trial motions; read same; begin drafting oppositions; | 8.40 | 247 |
| 02/28/03 | Continue work on post-trial motions; | 7.50 | 248 |
| 03/01/03 | Continue work on post-trial motions; | 12.40 | 249 |
| 03/02/03 | Continue work on post-trial motions; | 10.10 | 250 |
| 03/03/03 | Finish new trial, JNOV briefs; file by courier; draft letter to Judge; | 3.50 | 251 |
| 03/10/03 | Review reply brief from Siegel, O'Connor and exhibits; review local rules regarding same; review transcript regarding reinstatement issue; draft letter to Clerk's Office regarding name change; | 1.10 | 252 |

Rene Palma

(Continued)
October 10, 2003
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
| 03/13/03 | Review letter to Dodd regarding verdict; telephone conference with client regarding status of case, settlement; discuss pending motions, trial transcript, missing portion of Timmerman deposition transcript; | 0.60 | 253 |
| 03/19/03 | Draft motion for prejudgment and postjudgment interest; conference with Attorneys Garrison and Fitzgerald regarding same; review treasury yield, U.S. Code regarding interest, cases regarding FMLA prejudgment interest; | 3.00 | 255 |
| 03/20/03 | Revise prejudgment interest brief and file with cover letter to Chambers; | 0.40 | 256 |
| 04/02/03 | Read and review reply briefs regarding motion for new trial, judgement as matter of law; conference with Attorney Garrison regarding same; | 1.00 | 258 |
| 04/16/03 | Begin drafting attorney's fee application and memo of law; review sample applications; memo to Cheryl Maturo regarding revised bill; | 1.00 | 259 |
| 05/08/03 | Begin drafting fee application; message to Attorney Garrison regarding same; review response; | 2.50 | 260 |
| 05/13/03 | Review client's voicemail message regarding status of post-trial motions; | 0.10 | 261 |
| 05/27/03 | Review 5th circuit case regarding mitigation of damages; | 0.30 | 262 |
| 06/17/03 | Check status of post-trial motions; | 0.10 | 263 |
| 06/26/03 | Review court decision on motion for extension of time; telephone conference with client regarding Yale personnel file; complimentary document missing from what Siegel O'Connor produced during trial in violation of pretrial order; | 0.20 | 264 |
| 07/09/03 | Update client on status; | 0.10 | 265 |
| 07/22/03 | Telephone call to client regarding status; | 0.10 | 266 |
| 07/30/03 | Telephone conference with client regarding status; | 0.10 | 267 |

Re:  Pharmedica Communications

| | | Hours | | |
|---|---|---|---|---|
| 08/08/03 | Telephone conference with client regarding status; letter to Senator Dodd; | 0.10 | | 268 |
| 08/21/03 | Review docket sheet regarding post-trial motion status; | 0.10 | | 269 |
| 09/03/03 | Review docket sheet regarding post-trial motions; | 0.10 | | 270 |
| 09/05/03 | Review docket regarding post-trial motions; | 0.10 | | 271 |
| 09/12/03 | Check docket sheet regarding post-trial motion status; | 0.10 | | 272 |
| 09/22/03 | Review docket sheet regarding motion to withdraw; | 0.10 | | 273 |
| 09/23/03 | Draft and prepare PJR forms, affidavit, all related forms; conference with Attorney Garrison regarding same; telephone conference with client regarding same; | 5.30 | | 274 |
| 09/24/03 | Revise, edit PJR papers; draft motion for disclosure of assets; draft cover letters to court and Clerk's Office; telephone conference with client regarding PJR effect; | 2.70 | | 275 |
| 10/02/03 | Travel to Bridgeport for rulings; read and review same; telephone conference with client regarding same; telephone call to Chambers regarding PJR; return call regarding same; review e-mail from A. Esposito regarding rulings; | 2.10 | | 276 |
| 10/04/03 | Telephone conference with client regarding settlement; | 0.20 | | 277 |
| | Jeffrey S. Bagnell | 315.30 | 65,402.50 | |
| 10/23/02 | Conference re: Mock Trial; | 2.60 | | 185 |
| 11/05/02 | Conference with client; Conferences with Attorney Bagnell; Review and revise subpoenas; | 0.90 | | 214 |
| 11/11/02 | Conferences with Attorney Bagnell; Draft subpoenas; Telephone conferences with Attorney Duhl; Organize and copy exhibits; | 5.30 | | 215 |
| 11/12/02 | Travel; Attendance at trial; | 6.00 | | 216 |

(Continued)
October 10, 2003
Account No: 552000-00M

Re:  Pharmedica Communications

|  |  | Hours |  |  |
|---|---|---|---|---|
| 11/13/02 | Travel;  Attendance at trial; | 9.50 | | 217 |
| 11/14/02 | Travel; Attendance at trial; | 9.50 | | 218 |
| 11/15/02 | Travel; Attendance at trial; | 13.00 | | 219 |
| 11/20/02 | Conference with Attorney Bagnell; Telephone conference with Attorney Duhl's office; Set up conference call; | 0.70 | | 220 |
| 03/04/03 | Telephone conference with Attorney Bagnell; Telephone conference with Sheldon Wishnick; | 0.70 | | 257 |
| | Deborah French | 48.20 | 4,097.00 | |
| 10/23/02 | Attendance at Mock Trial; | 2.50 | | 184 |
| | Linda DeMatteis | 2.50 | 212.50 | |
| | FOR CURRENT SERVICES RENDERED | 386.70 | 76,357.00 | |

## RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Joseph D. Garrison | 16.70 | $350.00 | $5,845.00 |
| Stephen J. Fitzgerald | 4.00 | 200.00 | 800.00 |
| Jeffrey S. Bagnell | 15.10 | 175.00 | 2,642.50 |
| Jeffrey S. Bagnell | 191.40 | 200.00 | 38,280.00 |
| Jeffrey S. Bagnell | 108.80 | 225.00 | 24,480.00 |
| Deborah French | 48.20 | 85.00 | 4,097.00 |
| Linda DeMatteis | 2.50 | 85.00 | 212.50 |

| | | |
|---|---|---|
| Facsimile | 94.00 | |
| Photocopies | 715.00 | |
| Federal Express | 11.01 | |
| Travel Expenses | 384.23 | |
| Parking | 30.75 | |
| IKON (invoice # HAV105902) | 462.37 | 58 |
| Actuarial Litigation | 1,425.00 | 60 |
| IKON (invoice # HAV105926) | 81.46 | 61 |
| IKON (invoice # HAV105922) | 244.38 | 62 |
| IKON (invoice # HAV105916) | 277.24 | 63 |
| Conference Call (Inv. #801598) | 24.94 | 76 |
| Bowles Reporting Service | 2,916.00 | 78 |
| Bowles Reporting Service | 208.00 | 80 |
| Actuarial Litigation | 1,125.00 | 81 |
| U.P.S. (Inv. #000041A0V4113) | 9.14 | 93 |
| Sheriff's Fee | 106.60 | |
| Lexis - Westlaw - Pacer (Research) | 2,525.00 | |
| TOTAL EXPENSES | 10,640.12 | |

Rene Palma

October 10, 2003
Account No: 552000-00M

Re: Pharmedica Communications

PREVIOUS BALANCE                              $51,015.99

TOTAL CURRENT WORK                             86,997.12

02/28/02 LESS PAYMENT RECEIVED                   -500.00        8
10/18/02 LESS PAYMENT RECEIVED                   -500.00        7

TOTAL PAYMENTS                                -1,000.00

BALANCE DUE                                  $137,013.11

If you wish to use VISA or Mastercard
please call the office to make arrangements.

Rene Palma
3 Dowd Square
Guilford, CT  06437

Re:  Pharmedica Communications

DRAFT STATEMENT

FOR SERVICES RENDERED BY JEFFREY S. BAGNELL

| Date | Description | Hours | | |
|---|---|---|---|---|
| 06/13/02 | Review of draft opening statement; | 0.40 | | 147 |
| | Begin drafting opening statement; conference with jury consultant; conference with Joseph Garrison re: same; forward draft statement to Joseph Garrison for review; memo to Glenn Duhl re: fact finding conference; | 7.50 | | 148 |
| 06/18/02 | Conference with Joseph Garrison re: focus group; | 0.20 | | 149 |
| 06/19/02 | Listen to client voice mail re: focus group; conference with Joseph Garrison re: same; draft letter to CHRO re: appearance; | 0.30 | | 150 |
| 06/21/02 | Conference with Joseph Garrison re: focus group; | 0.20 | | 151 |
| 07/10/02 | Review CHRO notice; | 0.10 | | 152 |
| 08/13/02 | Review newspaper articles regarding pharmedica sale; conference with client regarding same; | 0.40 | | 162 |
| 08/20/02 | Discuss hearing with client and Attorney Garrison; call CHRO and opposing counsel regarding same; withdraw claim; fax letter regarding same; review e-mail from CHRO regarding same; review pretrial order; discuss trial strategy with Attorney Fitzgerald; | 1.50 | | 163 |
| 08/22/02 | Telephone conference with client regarding settlement, CHRO proceeding, trial preparation; | 0.20 | | 164 |
| 08/28/02 | Conference with Christine McGuire regarding client costs; forward information to client; listen to voicemail from Court regarding jury selection; return call regarding scheduling; | 0.20 | | 165 |
| | Jeffrey S. Bagnell | 11.00 | 1,925.00 | |
| 06/27/02 | Deposition digest of Cipollone; | 1.50 | | 153 |
| 07/08/02 | Deposition digest of Cipollone; | 1.50 | | 154 |
| | Deposition digest of Timmerman; | 1.50 | | 155 |
| 07/09/02 | Deposition digest of Timmerman; | 2.50 | | 156 |

Rene Palma                                    (Continued)
                                              September 06, 2002
                              Account No: 552000-00M

Re:  Pharmedica Communications

|            |                                      | Hours |          |     |
|------------|--------------------------------------|-------|----------|-----|
| 07/10/02   | Deposition digest of Timmerman;      | 2.50  |          | 157 |
|            | Deposition digest of Stefanski;      | 3.00  |          | 158 |
| 07/11/02   | Deposition digest of Stefanski;      | 1.50  |          | 159 |
| 07/12/02   | Deposition digest of Stefanski;      | 2.00  |          | 160 |
| 08/01/02   | Deposition digest of Rene Palma;     | 2.50  |          | 161 |
|            | Pamela Fuschino                      | 18.50 | 1,572.50 |     |
|            | FOR CURRENT SERVICES RENDERED        | 29.50 | 3,497.50 |     |

                         RECAPITULATION

| Timekeeper         | Hours | Hourly Rate | Total      |
|--------------------|-------|-------------|------------|
| Jeffrey S. Bagnell | 11.00 | $175.00     | $1,925.00  |
| Pamela Fuschino    | 18.50 | 85.00       | 1,572.50   |

|                                        |            |
|----------------------------------------|------------|
| Facsimile                              | 2.00       |
| Lexis - Westlaw - Pacer (Research)     | 60.00      |
| TOTAL EXPENSES                         | 62.00      |
| PREVIOUS BALANCE                       | $47,456.49 |
| TOTAL CURRENT WORK                     | 3,559.50   |
| BALANCE DUE                            | $51,015.99 |

If you wish to use VISA or Mastercard
please call the office to make arrangements.

Rene Palma                                      May 21, 2002
3 Dowd Court                          Account No: 552000-00M
Guilford, CT  06437

Re:  Pharmedica Communications

                                         DRAFT STATEMENT

     FOR SERVICES RENDERED BY JEFFREY S. BAGNELL


|          |                                                                                                                      | Hours |        |     |
|----------|----------------------------------------------------------------------------------------------------------------------|-------|--------|-----|
| 04/10/02 | Conference with Jeffrey Bagnell re: pretrial and trial issues;                                                        | 0.40  |        | 141 |
|          | Joseph D. Garrison                                                                                                    | 0.40  | 140.00 |     |
| 04/11/02 | Review summary judgment decision and complaint;                                                                       | 0.50  |        | 142 |
|          | Stephen J. Fitzgerald                                                                                                 | 0.50  | 100.00 |     |
| 03/22/02 | Listen to client's voice mail;                                                                                        | 0.10  |        | 135 |
| 03/27/02 | Telephone conference with client re: status;                                                                          | 0.10  |        | 136 |
| 04/02/02 | Review Judge Nevas' decision; conference with client and Joseph Garrison re: same; begin reorganization of file; review damages analysis; review liquidated damages requirements; | 3.10  |        | 137 |
| 04/04/02 | Review Dorsey decision with client; discuss trial with Steve Fitzgerald;                                              | 0.60  |        | 138 |
| 04/05/02 | Conference with Joseph Garrison and Steve Fitzgerald re: trial; review evidence; discuss damages and order of proof at trial; objections to jury instructions; | 1.00  |        | 139 |
| 04/09/02 | Review Local Rules re: pretrials; review file in preparation for trial; review Judge Nevas' orders re: pretrial order; reorganization of file; review conference |       |        |     |

Rene Palma

May 21, 2002
Account No: 552000-00M

'Re:  Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
| | order; | 3.20 | 140 |
| 04/10/02 | Conference with Joseph Garrison and Stephen Fitzgerald re: trial; call Sanders, Gale re: transcripts; review e-mail from Lewis Chimes re: pretrial memoranda; review Cippollone transcript; Reorganization of file; begin preparation for trial; review pleadings; review pretrial order; review proposed jury instructions; conference with Stephen Fitzgerald re: trial; review exhibit list; | 0.90 | 143 |
| | | 4.50 | 144 |
| 04/18/02 | Telephone conference with client re: decision; discuss trial, witnesses and damages presentation; | 0.60 | 145 |
| 05/13/02 | Conference with Mickey Busca re: criminal action re: Pharmedica; | 0.30 | 146 |
| | Jeffrey S. Bagnell | 14.40  2,520.00 | |
| | FOR CURRENT SERVICES RENDERED | 15.30  2,760.00 | |

RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Joseph D. Garrison | 0.40 | $350.00 | $140.00 |
| Stephen J. Fitzgerald | 0.50 | 200.00 | 100.00 |
| Jeffrey S. Bagnell | 14.40 | 175.00 | 2,520.00 |

| | | |
|---|---|---|
| Photocopies | 28.60 | |
| Sanders, Gale & Russell (Inv. #8722) | 111.30 | 45 |
| Lexis — Westlaw — Pacer (Research) | 20.00 | |
| TOTAL EXPENSES | 159.90 | |
| PREVIOUS BALANCE | $44,536.59 | |
| TOTAL CURRENT WORK | 2,919.90 | |
| BALANCE DUE | $47,456.49 | |

If you wish to use VISA or Mastercard
please call the office to make arrangements.

```
Rene Palma                                        March 12, 2002
3 Dowd Court                               Account No: 552000-00M
Guilford, CT  06437

Re:  Pharmedica Communications

                                              DRAFT STATEMENT

     FOR SERVICES RENDERED BY JEFFREY S. BAGNELL
```

|  |  | Hours |  |  |
|---|---|---|---|---|
| 02/07/02 | Telephone conference with client re: CHRO proceeding; | 0.20 |  | 130 |
| 02/25/02 | Listen to client's voice mail; | 0.10 |  | 131 |
| 02/27/02 | Preparation for oral argument; | 3.10 |  | 132 |
| 02/28/02 | Finish preparing for and attend oral argument in Bridgeport; | 3.60 |  | 133 |
| 03/04/02 | Discuss argument with Robert Richardson; | 0.30 |  | 134 |
|  | Jeffrey S. Bagnell | 7.30 | 1,277.50 |  |
|  | FOR CURRENT SERVICES RENDERED | 7.30 | 1,277.50 |  |

```
                         RECAPITULATION
```

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 7.30 | $175.00 | $1,277.50 |

```
     Photocopies                                      25.80
     Lexis - Westlaw - Pacer (Research)              160.00
                                                   _____
     TOTAL EXPENSES                                 185.80

     PREVIOUS BALANCE                           $43,554.17
```

Rene Palma

(Continued)
March 12, 2002
Account No: 552000-00M

Re:  Pharmedica Communications


      TOTAL CURRENT WORK                      1,463.30


03/01/02 Credit - Brandon Court Reporters (Inv. #959718)      -480.88     6


      BALANCE DUE                        $44,536.59


If you wish to use VISA or Mastercard
please call the office to make arrangements.