```
Rene Palma                                      October 18, 2001
3 Dowd Court                                Account No: 552000-00M
Guilford, CT  06437

Re:  Pharmedica Communications
                                                 DRAFT STATEMENT

     FOR SERVICES RENDERED BY JEFFREY S. BAGNELL
```

| Date | Description | Hours | |
|---|---|---|---|
| 07/24/01 | Draft motion for extension of time; | 0.30 | 117 |
| 08/09/01 | Telephone conference with client re: FMLA question; discuss status of case; | 0.40 | 118 |
| 08/27/01 | Draft motion for extension of time; telephone conference with client re: new job; send copy of motion to client; | 1.00 | 119 |
| 08/30/01 | Work on response to 9(c)(2) statement; review cases on post-discovery affidavits; telephone conference with client re: 9(c) response; | 6.50 | 120 |
| 09/12/01 | Review client notes re: 9c; continue work on 9c statement; review defendant's motion and affidavits; conference with client re: same; begin draft motion to strike; | 6.90 | 121 |
| 09/13/01 | Continue work on summary judgment opposition; motion to strike; review cases; conference with Robert Richardson re: motion to strike issue; conference with Pam Fuschino re: client affidavit; draft cover sheets and assemble exhibits; continue drafting motion to strike; | 12.40 | 122 |
| 09/14/01 | Continue work on summary judgment opposition, motion to strike, client affidavit and 9C; | 8.10 | 124 |