Rene Palma
(Continued)
January 11, 2001
Account No: 552000-00M

Re:   Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
| 08/11/00 | Telephone conference with client re: case and witnesses; | 0.60 | 27 |
| 08/23/00 | Telephone conference with client re: security deposit, status and strategy; | 0.50 | 28 |
| 08/25/00 | Review letter from client; draft letter to clerk's office; review local rule re: deposit; draft 26(f) report; | 0.90 | 29 |
| 08/28/00 | Preparation of 26(f) report; review 26(f) report from Duhl; file bond with court; | 1.50 | 30 |
| 08/31/00 | Revise 26(f) report; facsimile to Duhl; telephone conference with client; | 2.10 | 31 |
| 09/07/00 | Telephone conference with client re: affidavit; review pleadings from Siegel and Schiff; | 0.70 | 32 |
| 09/12/00 | Review Sarno case, defendant's motion to dismiss; | 1.50 | 33 |
| 09/14/00 | Review regulations re: notice; | 0.50 | 34 |
| 09/21/00 | Review Latella case, 2d circuit case re: notice/private right of action; | 1.00 | 35 |
| 09/26/00 | Telephone conference with client re: status; listen to voicemail from G. Duhl re: extension of time motion; | 0.30 | 36 |
| 09/27/00 | Draft brief re: motion to dismiss; | 3.00 | 37 |
| 09/28/00 | Continue drafting brief re: notice; telephone conference with Duhl re: extension of time motion; | 2.90 | 38 |
| 09/29/00 | Research cfr re: posting requirements, usca re: same; review client's letter; continue drafting opposition brief; | 3.00 | 39 |
| 10/03/00 | Complete draft of FMLA brief; | 5.00 | 40 |
| 10/04/00 | Finish draft FMLA motion; forward to Joseph D. Garrison for review; telephone conference with client re: same; | 3.50 | 41 |
|  | Revise and complete opposition; telephone conference with client re: same; conference with Joseph Garrison re: same; draft letter to clerk re: same; | 2.50 | 42 |
| 10/12/00 | Draft settlement letter; review damages with client; | 1.10 | 43 |

Rene Palma

(Continued)
January 11, 2001
Account No: 552000-00M

Re:   Pharmedica Communications

|  |  | Hours |  |
|---|---|---|---|
| 10/13/00 | Preparation for conference on Monday; | 0.90 | 44 |
| 10/16/00 | Attend prefiling conference with Judge Nevas; telephone conference with client re: same; reorganize file; | 3.00 | 45 |
| 10/30/00 | Begin drafting discovery; | 1.00 | 46 |
| 11/01/00 | Continue drafting discovery requests; conference with Pamela Fuschino re: same; | 1.00 | 47 |
| 11/07/00 | Telephone conference with client re: discovery; fax draft of same to client; | 0.30 | 49 |
| 11/08/00 | Telephone conference with client re: witness and discovery requests; | 0.20 | 50 |
|  | Finalize discovery requests; conference with client re: same; preparation for filing; | 2.00 | 51 |
| 11/13/00 | Telephone conference with client re: discovery, Flaherty deposition; copy discovery requests; | 0.40 | 52 |
| 11/22/00 | Telephone conference with client re: status, discovery and Flaherty deposition; | 0.20 | 53 |
| 11/28/00 | Telephone conference with Glenn Duhl re: extension; telephone conference with client re: same; notice Flaherty deposition; | 0.50 | 54 |
| 12/08/00 | Telephone conference with client re: discovery; | 0.20 | 55 |
| 12/13/00 | Conference with client re: Flaherty deposition; draft subpoena re: same; | 0.80 | 56 |
| 12/18/00 | Review order from court; | 0.10 | 57 |
| 12/27/00 | Telephone conference with client re: deposition; telephone conference with Attorney Duhl re: same; telephone conference with client re: discovery; | 0.60 | 58 |
| 12/28/00 | Listen to voice mail from client; confirm deposition with Pamela Fuschino; prepare for deposition; reorganization of file; | 3.20 | 59 |
| 01/02/01 | Take Flaherty deposition; consult with client re: same; consult with client re: 401K issue; | 5.10 | 60 |

Rene Palma (Continued)
January 11, 2001
Account No: 552000-00M

Re: Pharmedica Communications

|  |  | Hours |  |  |
|---|---|---|---|---|
| 01/03/01 | Review memo from Joseph Garrison re: deposition; | 0.10 |  | 61 |
| 01/04/01 | Reorganize file; review client documents; review defendant's answer; begin drafting second set of discovery in response to Flaherty deposition; forward defendant's discovery requests to Pamela Fuschino for scanning into computer; | 3.30 |  | 62 |
| 01/05/01 | Finish second set of discovery requests; review Joe Garrison memo re: same; conference with client re: same; | 1.30 |  | 63 |
| 01/08/01 | Listen to voice mail messages; | 0.10 |  | 64 |
|  | Jeffrey S. Bagnell | 68.10 | 11,917.50 |  |
| 06/29/00 | Telephone conference with clerk re: status of complaint; | 0.10 |  | 13 |
|  | Lynn Lindahl | 0.10 | 7.50 |  |
| 11/01/00 | Conference with Jeffrey S. Bagnell re: discovery requests; | 0.10 |  | 48 |
|  | Pamela Fuschino | 0.10 | 0.00 |  |
|  | FOR CURRENT SERVICES RENDERED | 68.30 | 11,925.00 |  |

RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 68.10 | $175.00 | $11,917.50 |
| Lynn Lindahl | 0.10 | 75.00 | 7.50 |
| Pamela Fuschino | 0.10 | 0.00 | 0.00 |

| | |
|---|---|
| Facsimile | 6.00 |
| Federal Express | 52.40 |
| Filing Fee | 150.00 |
| Sheriff's Fee | 60.20 |
| Lexis - Westlaw - Pacer (Research) | 90.80 |
| TOTAL EXPENSES | 359.40 |
| PREVIOUS BALANCE | -$37.50 |
| TOTAL CURRENT WORK | 12,284.40 |

# GARRISON, PHELAN, LEVIN-EPSTEIN, CHIMES & RICHARDSON, P.C.

ATTORNEYS AT LAW
405 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
TEL. 203-777-4425
FAX. 203-776-3965

Rene Palma
3 Dowd Court
Guilford, CT  06437

June 01, 2000
Account No: 552000-00M

Re:  Pharmedica Communications

FOR SERVICES RENDERED BY JEFFREY S. BAGNELL

04/14/00  Review documents from client;

04/18/00  Review new materials from client; telephone call to client re: questions in letter;

04/26/00  Draft complaint; review 29 U.S.C. 1611; review Pharmedica website; telephone call to client;

04/27/00  Telephone conference with client re: background; draft complaint; review client materials;

05/07/00  Review and revise complaint;

05/10/00  Review client's revisions to draft complaint;

05/12/00  Draft and revise letter to Timmerman; revise complaint;

05/26/00  Review Attorney Garrison's comments on draft complaint;
          Jeffrey S. Bagnell

04/27/00  Review Website; Print out all relevant documents;
          Deborah Messina

FOR CURRENT SERVICES RENDERED                                  1,462.50

RECAPITULATION

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeffrey S. Bagnell | 8.10 | $175.00 | $1,417.50 |
| Deborah Messina | 0.60 | 75.00 | 45.00 |

**GARRISON, PHELAN, LEVIN-EPSTEIN, CHIMES & RICHARDSON, P.C.** (Continued)
Rene Palma                                                        June 01, 2000
                                                        Account No: 552000-00M

Re:  Pharmedica Communications
     TOTAL CURRENT WORK                                 1,462.50   TR 5/31

04/28/00 LESS PAYMENT RECEIVED                          -1,500.00

         CREDIT BALANCE                                   -$37.50

          If you wish to use VISA or Mastercard
          please call the office to make arrangements.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RENE M. PALMA, | : | |
| Plaintiff, | : | NO. 3:00CV01128(HBF) |
| v. | : | |
| PHARMEDICA COMMUNICATIONS, INC., | : | |
| Defendant. | : | OCTOBER 27, 2003 |

## AFFIDAVIT OF STEPHEN P. HORNER

Stephen P. Horner, being first duly sworn, deposes and states as follows:

1. This affidavit is submitted in support of the fee application made by Jeffrey S. Bagnell in the above-referenced matter.

2. I have been a practicing attorney for 30 years. A copy of my resume is attached hereto.

3. I received my J.D. from Temple University in 1972. I have been a member of the Connecticut Bar since 1988, and I am also a member of the Bars of the State of New York (1974), and the District of Connecticut (1988) as well as the Southern and Eastern Districts of New York (1988), and the Second Circuit Court of Appeals (1997).

4. For the last 29 years, my practice has been limited exclusively to the representation of corporations and individuals in employment-related disputes. Approximately one third of my practice is devoted to the defense of employment-related claims.

5. I have restricted my practice to employment and labor law since 1974. I have

represented plaintiffs in many employment cases against employers, including the following federal court cases since 1986:

    a.    <u>Kelly v. Chase Manhattan Bank</u>, Civil No. 88CV3466 (GLG) (So. D., N.Y.)

    b.    <u>Keene v. DataSwitch Corporation</u>, Civil No. B-89-150 (WWE) (D.Conn)

    c.    <u>Martini v. Chase Manhattan Bank</u>, Civil No. 91CIV0991 (CLB) (So. D., N.Y.)

    d.    <u>Hudy v. Conopco, Inc.</u> Civil No. 591-CV-0644 (EBB) (D.Conn)

    e.    <u>Klopfer v. General Electric</u>, Civil No. 89-CV-8346 (CLB) (D.Conn)

    f.    <u>Oprean v. Cadbury Schweppes</u>, Civil No. 5:88CV00550 (D.Conn)

    g.    <u>Holtman v. Caldor</u>, Civil No. 3:93CV01426 (PCD) (D.Conn)

    h.    <u>Ferry, et al v. Caldor</u>, Civil No. B88-601 (EBB) (D.Conn)

    i.    <u>DeLeo, et al v. Chase Manhattan Bank</u>, Civil No. 92CV6240 (GLG) So.D, N.Y.)

    j.    <u>Levin v. SNET</u>, Civil No. B-89-366 (TFGD) (D.Conn)

    k.    <u>Borenstein v. Tucker Anthony</u>, Civil No. 89-189 (WWE) (D.Conn)

    l.    <u>Jordan v. Playtex</u>, Civil No. 592CV655 (TFGD) (D.Conn)

    m.    <u>Cummings v. Microphase</u>, Civil No. 5:92CV00384 (AWT) (D.Conn)

    n.    <u>Hollander v. American Cyanamid</u>, Civil No. B-85-481 (WWE) (D. Conn)

    o.    <u>Germeles v. Norden</u>, Civil No. B-90-241 (JAC) (D. Conn)

    p.    <u>Gray v. Concord Leasing, Inc. of Delaware and U.S. Concord, Inc.</u>, Civil No. 3:94-CV-00616 (PCD) (D. Conn)

    q.    <u>Donaldson v. Katonah-Lewisboro Union Free School District, No. 1</u>, Civil No. 7:93CV3814 (GLG) (So. D., N.Y.)

r. <u>Bardia v. Chatfield Dean & Co., Inc.</u>, Civil No. 393CV2001 (JAC) (D.Conn)

s. <u>Coonrod v. Robinson & Cole</u>, Civil No. 393-CV-1790 (JAC) (D.Conn)

t. <u>Diegel v. International Computer Resources, Inc.</u>, Civil No. B-89-659 (TFGD) (D.Conn)

u. <u>Hafez v. Continental Can Company, Inc.</u>, Civil No. B90-118 (WWE) (D.Conn)

v. <u>Glick v. Norden Systems, Inc.</u>, Civil No. 592CV403 (TFGD) (D.Conn)

w. <u>Gaus v. Weston Woods Studios, Inc.</u>, Civil No. B89-223 (TFGD) (D.Conn)

x. <u>Mautner v. Gerson & Gerson, Inc.</u>, Civil No. 92CIV5463 (KC) (S.D.N.Y.)

y. <u>Prizio v. Vassar Brothers Hospital, Northern Westchester Hospital and White Plains Hospital Medical Center</u>, Civil No. 90CIV0169 (CLB) (S.D.N.Y.)

z. <u>Harrell v. Northeast Bancorp, et al</u>, Civil No. B90-119 (EBB) (D.Conn)

aa. <u>Topf v. Warnaco</u>, Civil No. 3:95CV2257 (PCD) (D.Conn)

bb. <u>Arbusto, et al v. Microphase</u>, Civil No. 3:94CV01791 (AWT) (D.Conn)

cc. <u>Hollander v. American Cyanamid</u>, Civil No. 5-85-481 (WWE) (D.Conn)

dd. <u>Vance v. Country Home Bakers</u>, Civil No. 396CV00242 (AWT) (D.Conn)

ee. <u>Blechta v. Interprocess Service</u>, Civil No. 3:95CV2256 (AHN) (D.Conn)

ff. <u>Gray v. Concord Leasing Inc. of Delaware and U.S. Concord, Inc.</u>, Civil No. 394CV00616 (PCD) (D.Conn)

gg. <u>Trotta v. Champion</u>, Civil No. 396CV01010 (AWT) (D.Conn)

hh. <u>Leson v. ARI of Connecticut, Inc.</u>, Civil No. 397CV02533 (JCH) (D.Conn)

ii. <u>Boodhoo v. ASARCO</u>, 96CV8241 (LAP) (S.D.N.Y.)

jj.  McNaney v. Ris Paper Company, Civil No. CV98-1741 (Sifton, Ch.J., GO, M.J.) (E.D.N.Y.)

kk.  Gannon v. Katherine Gibbs, Civil No. 396CV02323 (RNC) (D.Conn)

ll.  Fattori v. ABB, Civil No. 396CV02605 (AWT) (D.Conn)

mm.  Van Oss v. Stamford JCC, Civil No. 397CV01605 (GLG) (D.Conn)

nn.  Kozel v. Perkin Elmer, Civil No. 397CV00921 (RNC) (D.Conn)

oo.  Harrigan v. Prudential Life Ins., Civil No. 397CV01415 (PCD) (D.Conn)

pp.  Fetzer v. Ross Laboratories, Civil No. 397CV00937 (RNC) (D.Conn)

rr.  Wittenstein v. PaineWebber, Civil No. 397CV01396 (DJS) (D.Conn)

6. I have also been counsel in the following state court employment law cases on behalf of plaintiffs since 1986:

a.  Knapp v. Brissenden, McFarland, Wagoner & Fuccella, Inc., Civil No. CV-90-0112275S (Superior Court, Conn.)

b.  Kertesz v. Connecticut Plumbing Supply, Civil No. CV-91-0118396-S (Superior Court, Conn.)

c.  Konspore v. The Dress Barn, Civil No. CV-92-0128311S (Superior Court, Conn.)

d.  Compuword, Inc. and Victor Webber v. Pitney Bowes, Inc., et al, Civil No. CV920124031S (Superior Court, Conn.)

e.  Sladek v. Sacred Heart University, Civil No. CV960338056S (Superior Court, Conn.)

f.  ABB v. Fattori, Civil No. CV96050623S (Superior Court, Conn.)

g.  Marom v. Howard Sosin, Civil No. CV970346693S (Superior Court,

Conn.)

h. Blaszczynski v. EIS, Civil No. CV970346051S (Superior Court, Conn.)

7. I have also represented defendants in employment law cases since 1986 in both state and federal courts:

a. Sommers v. Pro Hardware, Civil No. B90-571 (WWE) (D.Conn)

b. Fellows v. United Cable of Connecticut, Civil No. CV900375135S (Superior Court, Conn.)

c. WestBrook, Inc. v. Carol Warren, Civil No. CV920299814S (Superior Court, Conn.)

d. Plonka v. United Cable Television Services Corp., Civil No. CV92-0453724 (Superior Court, Conn.)

e. Murad v. Spruance and The Ceres Corporation, Docket No. CV-92-0041300S (Superior Court, Conn.)

f. Withoft v. Air Age, Civil No. CV93-0306103S (Superior Court, Conn.)

g. U.S. Games Systems, Inc. v. Hoenig, Civil No. CV930133646S, (Superior Court, Conn.)

h. Parisi Agency v. Richard Ross, Civil No. CV940310682S (Superior Court, Conn.)

i. Knox v. Disston Associates, Inc., Civil No. 93CIV2444 (VLB) (S.D.N.Y.)

j. Jacobellis v. United Artists Theatre circuit, Inc. a/k/a United Artists Communications, Inc., Civil No. CV-91-0115167-S (Superior Court, Conn.)

k. Hazelwood, Hazelwood and Lyons v. Barclays Bank and Equity Hotel

a former member of the Connecticut Trial Lawyers Association. I have also been a Special Master for the U. S. District Court of Connecticut for the last three years

11. My Martindale Hubbell rating is AV - its highest rating.

13. As a trial lawyer with thirty years of experience, I am familiar with the prevailing rates for counsel in employment cases in Connecticut and New York.

14. I understand that the instant matter involved allegations under the federal Family and Medical Leave Act.

15. I am familiar with the legal work of Jeffrey S. Bagnell. I have reviewed Attorney Bagnell's experience and academic qualifications and know his reputation to be a skilled attorney. I am aware that he has published articles on the Family and Medical Leave Act as well as other employment-related topics.

16. Attorney Bagnell is well qualified to try cases involving state and federal employment laws.

17. His hourly fee of $225 is reasonable and consistent with, if not lower than, the prevailing fee for attorneys with his experience and expertise. I currently charge $350 an hour for handling such cases.

Further the affiant sayeth not.

*Stephen P. Horner*

Personally appeared before me the above-named Stephen P. Horner on October 27, 2003 and made oath that the foregoing Affidavit is based upon his personal knowledge and is true.

_____
Notary Public/Commissioner of the Superior Court

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, IN AND FOR COUNTY OF _Fairfield_ AND STATE OF CONNECTICUT, THIS _27th_ DAY OF _October_ 20_03_.

_Beata Abbott_
NOTARY PUBLIC

My commission expires:

BEATA ABBOTT
NOTARY PUBLIC
My Commission Expires April 30, 2006

# LAW OFFICE OF STEPHEN P. HORNER
PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW
2183 Boston Post Road
Darien, Connecticut 06820
www.hornerlaw.com

Phone (203) 655-7905
Fax (203) 656-1075
shorner@sphorner.com

STEPHEN P. HORNER* - Ext. 308
* ALSO ADMITTED IN NY

## Firm Brochure

The Law Office of Stephen P. Horner is located in Darien, Connecticut and limits its practice to the field of employment and labor law. Awarded the highest possible evaluation rating ("AV") in the Martindale-Hubbell Law Directory, he has a diverse clientele in a multitude of different fields and industries in both Connecticut and New York.

He handles many different types of employment law cases. Below is a list of some of them:

- contract issues
- discrimination claims
- severance agreements
- collective bargaining
- unemployment compensation claims
- trade secret claims
- tort claims
- wrongful discharge claims
- pension claims
- arbitration cases
- wage and hour claims
- non-compete claims

He strives to provide excellent and timely service by adhering to the following guidelines for each and every client:

- phone calls from clients are returned as promptly as possible

- all significant documents are shown to and reviewed by the client prior to filing or mailing to the other party involved

- all significant developments in the case are promptly forwarded to the client

- the client is considered to be an integral part of the "team" approach to handling the case and is involved in the significant decisions to be made regarding the case

- each client receives a detailed monthly fee statement which clearly explains where and how the time is spent on the case

- the client is kept up to date on the case in layman's terms so that the client fully understands what is occurring and what his/her options are

- every client is encouraged to call the firm with any questions which he/she may have about the case

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RENE M. PALMA,                     :
                                   :
        Plaintiff,                 :      NO. 3:00CV01128(HBF)
                                   :
v.                                 :
                                   :
                                   :
PHARMEDICA COMMUNICATIONS,         :
INC.,                              :
                                   :
        Defendant.                 :      OCTOBER 29, 2003

### AFFIDAVIT OF JEFFREY S. BAGNELL

Jeffrey S. Bagnell, being first duly sworn, deposes and states as follows:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am a 1988 graduate of the College of the Holy Cross and a 1992 graduate of Boston College Law School.

3. I was admitted to practice in Massachusetts state court in December 1992 and in Connecticut state court in May 1993. I was admitted to practice in U.S. District Court for the District of Connecticut on June 5, 1998. I am also admitted to practice before the U.S. District Court for the Southern and Eastern Districts of New York, the U.S. Court of Appeals for the Second Circuit, and the U.S. Supreme Court.

4. I am currently a senior associate with the New Haven, Connecticut law firm Garrison, Levin-Epstein, Chimes & Richardson. I began working for the firm in September 1999.

5. I have approximately 10 years experience in the area of employment law: over 4 years with my present firm, 2 years in my own practice, and over 4 years while serving as associate counsel

for Executone Information Systems, Inc. of Milford, Connecticut, a publicly-traded communications company with approximately 2,200 employees from 1993 to 1997.

6. I have published articles and given presentations in the area of employment law, including the following: speaker, NELA New England Regional Conference, Boston, Massachusetts, Expert Witnesses, April 2003; Contributing Editor, <u>ABA Model Employment Jury Instructions</u>, Second Edition, 2003; Author, <u>Magic Words Not Needed: 2d Circuit's Pleading Standard Too Strict in Swierciewicz</u>, Connecticut Law Tribune, Labor & Employment Issue, May 2002; Speaker, Connecticut Bar Association Annual Symposium on Employment Discrimination, New Britain, Connecticut, March 2002; Author, <u>The Stray Remark Doctrine After Reeves</u>, CBA Labor & Employment Quarterly, Vol. 6, No. 3, Fall 2000 (reprinted by Connecticut Bar Association, March 2002); Co-Author, <u>Litigating Cases Under the Family and Medical Leave Act,</u> Practising Law Institute, 30th Annual Labor and Employment Law Symposium, New York, New York, October 2000 and 2001.

7. I am a member of the American Bar Association, Section on Litigation, the National Employment Lawyers Association (NELA), and the Connecticut Employment Lawyers Association. I am presently on the Executive Board of the Connecticut Bar Association's Labor and Employment Section.

8. I have litigated, either on my own or as co-counsel with other attorneys, approximately 100 employment law cases before U.S. District Courts in New York and Connecticut, and Connecticut

Subscribed and sworn to before me this 29th day of October 2003.

*Cheryl Ann Matuso*
Notary Public/Commissioner of the Superior Court

My commission expires: Sept. 30, 2004

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel for the defendant, Pharmedica Communications Corp., Glenn A. Duhl, Siegel O'Connor, Schiff & Zangari, P.C., 150 Trumbull Street, Hartford, Connecticut 06103, by first class mail, postage prepaid, this 29th day of October 2003.

Jeffrey S. Bagnell

4