UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------

RENE M. PALMA  ,                          :      CIVIL ACTION NO.

                  Plaintiff,          :      3:00CV01128(HBF)

v.                                        :

PHARMEDICA COMMUNICATIONS, INC.   :

                Defendant.          :      OCTOBER 28, 2003

------------------------------------------------------------

## AFFIDAVIT OF JOSEPH D. GARRISON

My name is Joseph Garrison.  I am over the age of eighteen and understand and believe in the obligations of an oath.  I hereby depose and say:

1.    I am a practicing attorney in New Haven, Connecticut and a partner in the law firm of Garrison, Levin-Epstein, Chimes & Richardson, P.C.

2.    I graduated from Wesleyan University in 1965 and Cornell Law School in 1968.

3.    Until early 1995, I was the Chairman by judicial appointment of the Federal Court Grievance Committee.  I was the founding Chairman of the Connecticut Employment Lawyers Association, and am a past President and a present member of the Board of Directors of the National Employment Lawyers Association which has over 3,200 members nationally.  I have

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RENE M. PALMA, | : | |
| | : | |
| Plaintiff, | : | NO. 3:00CV01128(HBF) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHARMEDICA COMMUNICATIONS, | : | |
| INC., | : | |
| | : | |
| Defendant. | : | OCTOBER 27, 2003 |

AFFIDAVIT OF STEPHEN P. HORNER

Stephen P. Horner, being first duly sworn, deposes and states as follows:

1.      This affidavit is submitted in support of the fee application made by Joseph Garrison in the above-referenced matter.

2.      I have been a practicing attorney for 30 years.  A copy of my resume is attached hereto.

3.      I received my J.D. from Temple University in 1972.  I have been a member of the Connecticut Bar since 1988, and I am also a member of the Bars of the State of New York (1974), and the District of Connecticut (1988) as well as the Southern and Eastern Districts of New York (1988), and the Second Circuit Court of Appeals (1997).

4.      For the last 29 years, my practice has been limited exclusively to the representation of corporations and individuals in employment-related disputes. Approximately one third of my practice is devoted to the defense of employment-related claims.

5.      I have restricted my practice to employment and labor law since 1974. I have

represented plaintiffs in many employment cases against employers, including the

following federal court cases since 1986:

     a.    <u>Kelly v. Chase Manhattan Bank</u>, Civil No. 88CV3466 (GLG) (So. D., N.Y.)

     b.    <u>Keene v. DataSwitch Corporation</u>, Civil No. B-89-150 (WWE) (D.Conn)

     c.    <u>Martini v. Chase Manhattan Bank</u>, Civil No. 91CIV0991 (CLB) (So. D., N.Y.)

     d.    <u>Hudy v. Conopco, Inc.</u>  Civil No. 591-CV-0644 (EBB) (D.Conn)

     e.    <u>Klopfer v. General Electric</u>, Civil No. 89-CV-8346 (CLB) (D.Conn)

     f.    <u>Oprean v. Cadbury Schweppes</u>, Civil No. 5:88CV00550 (D.Conn)

     g.    <u>Holtman v. Caldor</u>, Civil No. 3:93CV01426 (PCD) (D.Conn)

     h.    <u>Ferry, et al v. Caldor</u>, Civil No. B88-601 (EBB) (D.Conn)

     i.    <u>DeLeo, et al v. Chase Manhattan Bank</u>, Civil No. 92CV6240 (GLG) So.D, N.Y.)

     j.    <u>Levin v. SNET</u>, Civil No. B-89-366 (TFGD) (D.Conn)

     k.    <u>Borenstein v. Tucker Anthony</u>, Civil No. 89-189 (WWE) (D.Conn)

     l.    <u>Jordan v. Playtex</u>, Civil No. 592CV655 (TFGD) (D.Conn)

     m.    <u>Cummings v. Microphase</u>, Civil No. 5:92CV00384 (AWT) (D.Conn)

     n.    <u>Hollander v. American Cyanamid</u>, Civil No. B-85-481 (WWE) (D. Conn)

     o.    <u>Germeles v. Norden</u>, Civil No. B-90-241 (JAC) (D. Conn)

     p.    <u>Gray v. Concord Leasing, Inc. of Delaware and U.S. Concord, Inc.</u>, Civil No. 3:94-CV-00616 (PCD) (D. Conn)

     q.    <u>Donaldson v. Katonah-Lewisboro Union Free School District, No. 1</u>, Civil No. 7:93CV3814 (GLG) (So. D., N.Y.)

r.     _Bardia v. Chatfield Dean & Co., Inc._, Civil No. 393CV2001 (JAC) (D.Conn)

s.     _Coonrod v. Robinson & Cole_, Civil No. 393-CV-1790 (JAC) (D.Conn)

t.     _Diegel v. International Computer Resources, Inc._, Civil No. B-89-659 (TFGD) (D.Conn)

u.     _Hafez v. Continental Can Company, Inc._, Civil No. B90-118 (WWE) (D.Conn)

v.     _Glick v. Norden Systems, Inc._, Civil No. 592CV403 (TFGD) (D.Conn)

w.     _Gaus v. Weston Woods Studios, Inc._, Civil No. B89-223 (TFGD) (D.Conn)

x.     _Mautner v. Gerson & Gerson, Inc._, Civil No. 92CIV5463 (KC) (S.D.N.Y.)

y.     _Prizio v. Vassar Brothers Hospital, Northern Westchester Hospital and White Plains Hospital Medical Center_, Civil No. 90CIV0169 (CLB) (S.D.N.Y.)

z.     _Harrell v. Northeast Bancorp, et al_, Civil No. B90-119 (EBB) (D.Conn)

aa.     _Topf v. Warnaco_, Civil No. 3:95CV2257 (PCD) (D.Conn)

bb.     _Arbusto, et al v. Microphase_, Civil No. 3:94CV01791 (AWT) (D.Conn)

cc.     _Hollander v. American Cyanamid_, Civil No. 5-85-481 (WWE) (D.Conn)

dd.     _Vance v. Country Home Bakers_, Civil No. 396CV00242 (AWT) (D.Conn)

ee.     _Blechta v. Interprocess Service_, Civil No. 3:95CV2256 (AHN) (D.Conn)

ff.     _Gray v. Concord Leasing Inc. of Delaware and U.S. Concord, Inc._, Civil No. 394CV00616 (PCD) (D.Conn)

gg.     _Trotta v. Champion_, Civil No. 396CV01010 (AWT) (D.Conn)

hh.     _Leson v. ARI of Connecticut, Inc._, Civil No. 397CV02533 (JCH) (D.Conn)

ii.     _Boodhoo v. ASARCO_, 96CV8241 (LAP) (S.D.N.Y.)

jj.    <u>McNaney v. Ris Paper Company</u>, Civil No. CV98-1741 (Sifton, Ch.J., GO, M.J.) (E.D.N.Y.)

kk.    <u>Gannon v. Katherine Gibbs</u>, Civil No. 396CV02323 (RNC) (D.Conn)

ll.    <u>Fattori v. ABB</u>, Civil No. 396CV02605 (AWT) (D.Conn)

mm.    <u>Van Oss v. Stamford JCC</u>, Civil No. 397CV01605 (GLG) (D.Conn)

nn.    <u>Kozel v. Perkin Elmer</u>, Civil No. 397CV00921 (RNC) (D.Conn)

oo.    <u>Harrigan v. Prudential Life Ins.</u>, Civil No. 397CV01415 (PCD) (D.Conn)

pp.    <u>Fetzer v. Ross Laboratories</u>, Civil No. 397CV00937 (RNC) (D.Conn)

rr.    <u>Wittenstein v. PaineWebber</u>, Civil No. 397CV01396 (DJS) (D.Conn)

6.    I have also been counsel in the following state court employment law cases on behalf of plaintiffs since 1986:

a.    <u>Knapp v. Brissenden, McFarland, Wagoner & Fuccella, Inc.</u>, Civil No. CV-90-0112275S (Superior Court, Conn.)

b.    <u>Kertesz v. Connecticut Plumbing Supply</u>, Civil No. CV-91-0118396-S (Superior Court, Conn.)

c.    <u>Konspore v. The Dress Barn</u>, Civil No. CV-92-0128311S (Superior Court, Conn.)

d.    <u>Compuword, Inc. and Victor Webber v. Pitney Bowes, Inc., et al</u>, Civil No. CV920124031S (Superior Court, Conn.)

e.    <u>Sladek v. Sacred Heart University</u>, Civil No. CV960338056S (Superior Court, Conn.)

f.    <u>ABB v. Fattori</u>, Civil No. CV96050623S (Superior Court, Conn.)

g.    <u>Marom v. Howard Sosin</u>, Civil No. CV970346693S (Superior Court,

<u>Management Corporation</u>, Civil No. CV920331025S (Superior Court, Conn.)

l.   <u>List Services Corporation v. Gwen Perrone</u>, Civil No. 890297715S, (Superior Court, Conn.)

m.   <u>Gomez v. Barnes Engineering</u>, Civil No. 394CV01870 (JBA) (D.Conn)

n.   <u>Pahmer v. Supermarket Communications</u>, Civil No.95CIV8093 (BDP) (S.D.N.Y.)

o.   <u>Galle v. Wen Technology</u>, Civil No. 95CIV1670 (BDP) (S.D.N.Y.)

p.   <u>Baroski v. Beverage Barn</u>, Civil No. CV970160529S (Superior Court, Conn.)

q.   <u>Baker and Mewborn v. CEDETA</u>, Civil No. CV970345320S (Superior Court, Conn.)

r.   <u>Gredinger v. IJO</u>, Civil No. CV960335495S (Superior Court, Conn.)

8.   I have given hundreds of lectures in the area of employment discrimination since returning to private practice in 1986. In addition, I have written over one hundred newspaper articles on employment law since 1986.

9.   I am a former Chairman of the Employment Law Committee for the Norwalk Stamford Regional Bar Association and am also a former Chairman of the Employment Law Committee of the Corporate Bar (formerly called the Westchester Fairfield Corporate Bar Association, "WESFACCA").

10.   I am a member of the Labor and Employment Law Committee of the Connecticut Bar Association, a member of the Connecticut Employment Law Association as well as a member of the National Employment Law Association, and

a former member of the Connecticut Trial Lawyers Association. I have also been a Special Master for the U. S. District Court of Connecticut for the last three years.

11.    My Martindale Hubbell rating is AV - its highest rating.

13.    As a trial lawyer with thirty years of experience, I am familiar with the prevailing rates for counsel in employment cases in Connecticut and New York.

14.    I understand that the instant matter involved allegations under the federal Family and Medical Leave Act.

15.    I am familiar with the legal work of Joseph Garrison. I have reviewed Attorney Garrison's experience and academic qualifications and know his reputation to be a skilled attorney. I am aware that he has published articles on many employment-related topics. I am also aware that he has been a member of the Connecticut Employment Lawyers Association as well as a member of the National Employment Lawyers Association and a former member of the Connecticut Trial Lawyers Association for many years. I am also aware that Attorney Garrison is on the Board of Directors of the National Employment Lawyers Association and is a former President of such Association.

16.    Attorney Garrison is well qualified to try cases involving state and federal employment laws.

17.    His hourly fee of $400 is reasonable and consistent with the prevailing fee for attorneys with his experience and expertise. I currently charge $350 an hour for handling such cases.

**Further the affiant sayeth not.**

Stephen P. Horner

Personally appeared before me the above-named Stephen P. Horner on October 27, 2003 and made oath that the foregoing Affidavit is based upon his personal knowledge and is true.

_____
**Notary Public/Commissioner of the Superior Court**

**My commission expires:**

> BEATA ABBOTT
> NOTARY PUBLIC
> My Commission Expires April 30, 2006

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, IN AND FOR COUNTY OF _fairfield_ AND STATE OF CONNECTICUT, THIS _27th_ DAY OF _October_ 20 _03_ .

_____
NOTARY PUBLIC

# LAW OFFICE OF STEPHEN P. HORNER

### PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW

2183 Boston Post Road
Darien, Connecticut 06820
www.hornerlaw.com

Phone (203) 655-7905
Fax (203) 656-1075
shorner@sphorner.com

STEPHEN P. HORNER* - Ext. 308
\* ALSO ADMITTED IN NY

## **Firm Brochure**

The Law Office of Stephen P. Horner is located in Darien, Connecticut and limits its practice to the field of employment and labor law.  Awarded the highest possible evaluation rating ("AV") in the Martindale-Hubbell Law Directory, he has a diverse clientele in a multitude of different fields and industries in both Connecticut and New York.

He handles many different types of employment law cases.  Below is a list of some of them:

- contract issues
- discrimination claims
- severance agreements
- collective bargaining
- unemployment compensation claims
- trade secret claims
- tort claims
- wrongful discharge claims
- pension claims
- arbitration cases
- wage and hour claims
- non-compete claims

He strives to provide excellent and timely service by adhering to the following guidelines for each and every client:

- phone calls from clients are returned as promptly as possible

- all significant documents are shown to and reviewed by the client prior to filing or mailing to the other party involved

- all significant developments in the case are promptly forwarded to the client

- the client is considered to be an integral part of the "team" approach to handling the case and is involved in the significant decisions to be made regarding the case

- each client receives a detailed monthly fee statement which clearly explains where and how the time is spent on the case

- the client is kept up to date on the case in layman's terms so that the client fully understands what is occurring and what his/her options are

- every client is encouraged to call the firm with any questions which he/she may have about the case

### Stephen P. Horner

Mr. Stephen Horner graduated from Dickinson College and earned both a Masters in Business Administration and a Law degree from Temple University.

Mr. Horner has extensive experience in labor and employment law. For over 20 years, he has counseled clients in employee discrimination and wrongful discharge cases, OSHA and ERISA compliance, wage/hour claims, and related issues. In addition, Mr. Horner has the perspective and negotiating skills that often enable him to achieve his client's goals and avoid litigation. However, if a lawsuit is required, he is ready to vigorously pursue his client's interests in state or federal court. He is a member of the Labor and Employment Law Section of the Connecticut Bar Association, a current Co-Chairman of the Stamford/Norwalk Regional Bar Association's Employment Law Committee and the former Chairman of the Law Office Management Committee. Mr. Horner is also a past Chairman of the Employment Law Section of the Corporate Bar and a former member of the Connecticut Trial Lawyers Association. He is the former President of the Fairfield County Business Network and former Secretary of the Professional Advisory Network. A syndicated columnist, he wrote "Labor and the Law," an original column that was published periodically by The Norwalk Hour, the Wilton Bulletin, The Minuteman and other area publications for many years. He was a periodic guest on the Norwalk radio station WNLK where he discussed employment law. In addition, Mr. Horner is a former Director of the Connecticut Affiliate of the American Diabetes Association, as well as being on its executive committee, and a former Director of both the Fairfield County Chapter and the International Board of Directors of the Juvenile Diabetes Foundation.

Mr. Horner is admitted to practice in Connecticut and New York, and before the U.S. District Courts of those states. He is also admitted to the Second Circuit Court of Appeals.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RENE M. PALMA,                        :

        Plaintiff,                 :        NO. 3:00CV01128(HBF)
                                   :

v.                                    :

                                   :

PHARMEDICA COMMUNICATIONS,            :
INC.,                                 :
                                   :

        Defendant.                 :        OCTOBER 27, 2003

## AFFIDAVIT OF STEPHEN P. HORNER

       Stephen P. Horner, being first duly sworn, deposes and states as follows:

1.     This affidavit is submitted in support of the fee application made by Joseph Garrison in the above-referenced matter.

2.     I have been a practicing attorney for 30 years. A copy of my resume is attached hereto.

3.     I received my J.D. from Temple University in 1972. I have been a member of the Connecticut Bar since 1988, and I am also a member of the Bars of the State of New York (1974), and the District of Connecticut (1988) as well as the Southern and Eastern Districts of New York (1988), and the Second Circuit Court of Appeals (1997).

4.     For the last 29 years, my practice has been limited exclusively to the representation of corporations and individuals in employment-related disputes. Approximately one third of my practice is devoted to the defense of employment-related claims.

5.     I have restricted my practice to employment and labor law since 1974. I have

represented plaintiffs in many employment cases against employers, including the following federal court cases since 1986:

    a.    <u>Kelly v. Chase Manhattan Bank</u>, Civil No. 88CV3466 (GLG) (So. D., N.Y.)

    b.    <u>Keene v. DataSwitch Corporation</u>, Civil No. B-89-150 (WWE) (D.Conn)

    c.    <u>Martini v. Chase Manhattan Bank</u>, Civil No. 91CIV0991 (CLB) (So. D., N.Y.)

    d.    <u>Hudy v. Conopco, Inc.</u> Civil No. 591-CV-0644 (EBB) (D.Conn)

    e.    <u>Klopfer v. General Electric</u>, Civil No. 89-CV-8346 (CLB) (D.Conn)

    f.    <u>Oprean v. Cadbury Schweppes</u>, Civil No. 5:88CV00550 (D.Conn)

    g.    <u>Holtman v. Caldor</u>, Civil No. 3:93CV01426 (PCD) (D.Conn)

    h.    <u>Ferry, et al v. Caldor</u>, Civil No. B88-601 (EBB) (D.Conn)

    i.    <u>DeLeo, et al v. Chase Manhattan Bank</u>, Civil No. 92CV6240 (GLG) So.D, N.Y.)

    j.    <u>Levin v. SNET</u>, Civil No. B-89-366 (TFGD) (D.Conn)

    k.    <u>Borenstein v. Tucker Anthony</u>, Civil No. 89-189 (WWE) (D.Conn)

    l.    <u>Jordan v. Playtex</u>, Civil No. 592CV655 (TFGD) (D.Conn)

    m.    <u>Cummings v. Microphase</u>, Civil No. 5:92CV00384 (AWT) (D.Conn)

    n.    <u>Hollander v. American Cyanamid</u>, Civil No. B-85-481 (WWE) (D. Conn)

    o.    <u>Germeles v. Norden</u>, Civil No. B-90-241 (JAC) (D. Conn)

    p.    <u>Gray v. Concord Leasing, Inc. of Delaware and U.S. Concord, Inc.</u>, Civil No. 3:94-CV-00616 (PCD) (D. Conn)

    q.    <u>Donaldson v. Katonah-Lewisboro Union Free School District, No. 1</u>, Civil No. 7:93CV3814 (GLG) (So. D., N.Y.)

r.      Bardia v. Chatfield Dean & Co., Inc., Civil No. 393CV2001 (JAC) (D.Conn)

s.      Coonrod v. Robinson & Cole, Civil No. 393-CV-1790 (JAC) (D.Conn)

t.      Diegel v. International Computer Resources, Inc., Civil No. B-89-659 (TFGD) (D.Conn)

u.      Hafez v. Continental Can Company, Inc., Civil No. B90-118 (WWE) (D.Conn)

v.      Glick v. Norden Systems, Inc., Civil No. 592CV403 (TFGD) (D.Conn)

w.      Gaus v. Weston Woods Studios, Inc., Civil No. B89-223 (TFGD) (D.Conn)

x.      Mautner v. Gerson & Gerson, Inc., Civil No. 92CIV5463 (KC) (S.D.N.Y.)

y.      Prizio v. Vassar Brothers Hospital, Northern Westchester Hospital and White Plains Hospital Medical Center, Civil No. 90CIV0169 (CLB) (S.D.N.Y.)

z.      Harrell v. Northeast Bancorp, et al, Civil No. B90-119 (EBB) (D.Conn)

aa.      Topf v. Warnaco, Civil No. 3:95CV2257 (PCD) (D.Conn)

bb.      Arbusto, et al v. Microphase, Civil No. 3:94CV01791 (AWT) (D.Conn)

cc.      Hollander v. American Cyanamid, Civil No. 5-85-481 (WWE) (D.Conn)

dd.      Vance v. Country Home Bakers, Civil No. 396CV00242 (AWT) (D.Conn)

ee.      Blechta v. Interprocess Service, Civil No. 3:95CV2256 (AHN) (D.Conn)

ff.      Gray v. Concord Leasing Inc. of Delaware and U.S. Concord, Inc., Civil No. 394CV00616 (PCD) (D.Conn)

gg.      Trotta v. Champion, Civil No. 396CV01010 (AWT) (D.Conn)

hh.      Leson v. ARI of Connecticut, Inc., Civil No. 397CV02533 (JCH) (D.Conn)

ii.      Boodhoo v. ASARCO, 96CV8241 (LAP) (S.D.N.Y.)

jj.    <u>McNaney v. Ris Paper Company</u>, Civil No. CV98-1741 (Sifton, Ch.J., GO, M.J.) (E.D.N.Y.)

kk.    <u>Gannon v. Katherine Gibbs</u>, Civil No. 396CV02323 (RNC) (D.Conn)

ll.    <u>Fattori v. ABB</u>, Civil No. 396CV02605 (AWT) (D.Conn)

mm.    <u>Van Oss v. Stamford JCC</u>, Civil No. 397CV01605 (GLG) (D.Conn)

nn.    <u>Kozel v. Perkin Elmer</u>, Civil No. 397CV00921 (RNC) (D.Conn)

oo.    <u>Harrigan v. Prudential Life Ins.</u>, Civil No. 397CV01415 (PCD) (D.Conn)

pp.    <u>Fetzer v. Ross Laboratories</u>, Civil No. 397CV00937 (RNC) (D.Conn)

rr.    <u>Wittenstein v. PaineWebber</u>, Civil No. 397CV01396 (DJS) (D.Conn)

6.    I have also been counsel in the following state court employment law cases on behalf of plaintiffs since 1986:

a.    <u>Knapp v. Brissenden, McFarland, Wagoner & Fuccella, Inc.</u>, Civil No. CV-90-0112275S (Superior Court, Conn.)

b.    <u>Kertesz v. Connecticut Plumbing Supply</u>, Civil No. CV-91-0118396-S (Superior Court, Conn.)

c.    <u>Konspore v. The Dress Barn</u>, Civil No. CV-92-0128311S (Superior Court, Conn.)

d.    <u>Compuword, Inc. and Victor Webber v. Pitney Bowes, Inc., et al</u>, Civil No. CV920124031S (Superior Court, Conn.)

e.    <u>Sladek v. Sacred Heart University</u>, Civil No. CV960338056S (Superior Court, Conn.)

f.    <u>ABB v. Fattori</u>, Civil No. CV96050623S (Superior Court, Conn.)

g.    <u>Marom v. Howard Sosin</u>, Civil No. CV970346693S (Superior Court,

Management Corporation, Civil No. CV920331025S (Superior Court, Conn.)

l.    List Services Corporation v. Gwen Perrone, Civil No. 890297715S, (Superior Court, Conn.)

m.    Gomez v. Barnes Engineering, Civil No. 394CV01870 (JBA) (D.Conn)

n.    Pahmer v. Supermarket Communications, Civil No.95CIV8093 (BDP) (S.D.N.Y.)

o.    Galle v. Wen Technology, Civil No. 95CIV1670 (BDP) (S.D.N.Y.)

p.    Baroski v. Beverage Barn, Civil No. CV970160529S (Superior Court, Conn.)

q.    Baker and Mewborn v. CEDETA, Civil No. CV970345320S (Superior Court, Conn.)

r.    Gredinger v. IJO, Civil No. CV960335495S (Superior Court, Conn.)

8.    I have given hundreds of lectures in the area of employment discrimination since returning to private practice in 1986.  In addition, I have written over one hundred newspaper articles on employment law since 1986.

9.    I am a former Chairman of the Employment Law Committee for the Norwalk Stamford Regional Bar Association and am also a former Chairman of the Employment Law Committee of the Corporate Bar (formerly called the Westchester Fairfield Corporate Bar Association, "WESFACCA").

10.    I am a member of the Labor and Employment Law Committee of the Connecticut Bar Association, a member of the Connecticut Employment Law Association as well as a member of the National Employment Law Association, and

a former member of the Connecticut Trial Lawyers Association. I have also been a Special Master for the U. S. District Court of Connecticut for the last three years.

11.     My Martindale Hubbell rating is AV - its highest rating.

13.     As a trial lawyer with thirty years of experience, I am familiar with the prevailing rates for counsel in employment cases in Connecticut and New York.

14.     I understand that the instant matter involved allegations under the federal Family and Medical Leave Act.

15.     I am familiar with the legal work of Joseph Garrison. I have reviewed Attorney Garrison's experience and academic qualifications and know his reputation to be a skilled attorney. I am aware that he has published articles on many employment-related topics. I am also aware that he has been a member of the Connecticut Employment Lawyers Association as well as a member of the National Employment Lawyers Association and a former member of the Connecticut Trial Lawyers Association for many years. I am also aware that Attorney Garrison is on the Board of Directors of the National Employment Lawyers Association and is a former President of such Association.

16.     Attorney Garrison is well qualified to try cases involving state and federal employment laws.

17.     His hourly fee of $400 is reasonable and consistent with the prevailing fee for attorneys with his experience and expertise. I currently charge $350 an hour for handling such cases.

Further the affiant sayeth not.

Stephen P. Horner

Personally appeared before me the above-named Stephen P. Horner on October 27, 2003 and made oath that the foregoing Affidavit is based upon his personal knowledge and is true.

_____
Notary Public/Commissioner of the Superior Court

My commission expires:

BEATA ABBOTT
NOTARY PUBLIC
My Commission Expires April 30, 2006

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, IN AND FOR COUNTY OF _fairfield_ AND STATE OF CONNECTICUT, THIS _27th_ DAY OF _October_ 20_03_.

_Beata Abbott_
NOTARY PUBLIC

# LAW OFFICE OF STEPHEN P. HORNER
### PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW
2183 Boston Post Road
Darien, Connecticut 06820
www.hornerlaw.com

Phone (203) 655-7905
Fax (203) 656-1075
shorner@sphorner.com

STEPHEN P. HORNER* - Ext. 308
* ALSO ADMITTED IN NY

## Firm Brochure

The Law Office of Stephen P. Horner is located in Darien, Connecticut and limits its practice to the field of employment and labor law.  Awarded the highest possible evaluation rating ("AV") in the Martindale-Hubbell Law Directory, he has a diverse clientele in a multitude of different fields and industries in both Connecticut and New York.

He handles many different types of employment law cases.  Below is a list of some of them:

- contract issues
- discrimination claims
- severance agreements
- collective bargaining
- unemployment compensation claims
- trade secret claims
- tort claims
- wrongful discharge claims
- pension claims
- arbitration cases
- wage and hour claims
- non-compete claims

He strives to provide excellent and timely service by adhering to the following guidelines for each and every client:

- phone calls from clients are returned as promptly as possible

- all significant documents are shown to and reviewed by the client prior to filing or mailing to the other party involved

- all significant developments in the case are promptly forwarded to the client

- the client is considered to be an integral part of the "team" approach to handling the case and is involved in the significant decisions to be made regarding the case

- each client receives a detailed monthly fee statement which clearly explains where and how the time is spent on the case

- the client is kept up to date on the case in layman's terms so that the client fully understands what is occurring and what his/her options are

- every client is encouraged to call the firm with any questions which he/she may have about the case

## Stephen P. Horner

Mr. Stephen Horner graduated from Dickinson College and earned both a Masters in Business Administration and a Law degree from Temple University.

Mr. Horner has extensive experience in labor and employment law. For over 20 years, he has counseled clients in employee discrimination and wrongful discharge cases, OSHA and ERISA compliance, wage/hour claims, and related issues. In addition, Mr. Horner has the perspective and negotiating skills that often enable him to achieve his client's goals and avoid litigation. However, if a lawsuit is required, he is ready to vigorously pursue his client's interests in state or federal court. He is a member of the Labor and Employment Law Section of the Connecticut Bar Association, a current Co-Chairman of the Stamford/Norwalk Regional Bar Association's Employment Law Committee and the former Chairman of the Law Office Management Committee. Mr. Horner is also a past Chairman of the Employment Law Section of the Corporate Bar and a former member of the Connecticut Trial Lawyers Association. He is the former President of the Fairfield County Business Network and former Secretary of the Professional Advisory Network. A syndicated columnist, he wrote "Labor and the Law," an original column that was published periodically by The Norwalk Hour, the Wilton Bulletin, The Minuteman and other area publications for many years. He was a periodic guest on the Norwalk radio station WNLK where he discussed employment law. In addition, Mr. Horner is a former Director of the Connecticut Affiliate of the American Diabetes Association, as well as being on its executive committee, and a former Director of both the Fairfield County Chapter and the International Board of Directors of the Juvenile Diabetes Foundation.

Mr. Horner is admitted to practice in Connecticut and New York, and before the U.S. District Courts of those states. He is also admitted to the Second Circuit Court of Appeals.

*00CV1128 con't mem sup 2*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-----------------------------------------------------------------

| | | |
|---|---|---|
| **RENE M. PALMA** , | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:00CV01128(HBF)** |
| **v.** | : | |
| **PHARMEDICA COMMUNICATIONS, INC.** | : | |
| **Defendant.** | : | **OCTOBER 28, 2003** |

-----------------------------------------------------------------

## AFFIDAVIT OF JOSEPH D. GARRISON

My name is Joseph Garrison.  I am over the age of eighteen and understand and believe in the obligations of an oath.  I hereby depose and say:

1.      I am a practicing attorney in New Haven, Connecticut and a partner in the law firm of Garrison, Levin-Epstein, Chimes & Richardson, P.C.

2.      I graduated from Wesleyan University in 1965 and Cornell Law School in 1968.

3.      Until early 1995, I was the Chairman by judicial appointment of the Federal Court Grievance Committee.  I was the founding Chairman of the Connecticut Employment Lawyers Association, and am a past President and a present member of the Board of Directors of the National Employment Lawyers Association which has over 3,200 members nationally.  I have

been a speaker at ABA National Institutes, Annual Meetings and seminars, at NELA conventions, and am a frequent lecturer and seminar contributor in Connecticut. I was appointed a Charter Fellow of the Board of Governors of the College of Labor and Employment Lawyers, and am Vice-President of the College now. In 2004 I will serve as President of the College.

4.    My practice is concentrated in the area of employment law. Our office represents employees more than 95% of the time. Many of our cases involve statutes in which attorney's fees are awarded, so that I remain current with the market for fee award purposes of attorneys in my office.

5.    My billing rate was $225.00 per hour from January 1991 until January, 1994, then $250.00 per hour until January, 1996, then $275 per hour until January 1998, when it went to $300 per hour. In January, 1999 I increased it again to $325 per hour, and from January, 2000 to January, 2002 it was $350 per hour. From January, 2002 to the present it is $400 per hour.

6.    I bill many clients on an hourly fee basis, at the $400 per hour rate. There are substantially more persons who would like to hire me than I can represent, so this market rate has been correct for me.

7.    Our firm is one of the best-known firms representing employees in the United States. We are very selective in taking new clients. Our fee structure is higher than those of

2