UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| RENE M. PALMA , | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:00CV01128(HBF) |
| v. | : | |
| PHARMEDICA COMMUNICATIONS, INC. | : | |
| Defendant. | : | OCTOBER 28, 2003 |

---

### AFFIDAVIT OF JOSEPH D. GARRISON

My name is Joseph Garrison. I am over the age of eighteen and understand and believe in the obligations of an oath. I hereby depose and say:

1. I am a practicing attorney in New Haven, Connecticut and a partner in the law firm of Garrison, Levin-Epstein, Chimes & Richardson, P.C.

2. I graduated from Wesleyan University in 1965 and Cornell Law School in 1968.

3. Until early 1995, I was the Chairman by judicial appointment of the Federal Court Grievance Committee. I was the founding Chairman of the Connecticut Employment Lawyers Association, and am a past President and a present member of the Board of Directors of the National Employment Lawyers Association which has over 3,200 members nationally. I have

been a speaker at ABA National Institutes, Annual Meetings and seminars, at NELA conventions, and am a frequent lecturer and seminar contributor in Connecticut. I was appointed a Charter Fellow of the Board of Governors of the College of Labor and Employment Lawyers, and am Vice-President of the College now. In 2004 I will serve as President of the College.

4. My practice is concentrated in the area of employment law. Our office represents employees more than 95% of the time. Many of our cases involve statutes in which attorney's fees are awarded, so that I remain current with the market for fee award purposes of attorneys in my office.

5. My billing rate was $225.00 per hour from January 1991 until January, 1994, then $250.00 per hour until January, 1996, then $275 per hour until January 1998, when it went to $300 per hour. In January, 1999 I increased it again to $325 per hour, and from January, 2000 to January, 2002 it was $350 per hour. From January, 2002 to the present it is $400 per hour.

6. I bill many clients on an hourly fee basis, at the $400 per hour rate. There are substantially more persons who would like to hire me than I can represent, so this market rate has been correct for me.

7. Our firm is one of the best- known firms representing employees in the United States. We are very selective in taking new clients. Our fee structure is higher than those of