UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 3, 2003

10:00 a.m.

*Held 6 hours*

CASE NO. **3:00cv1128 (HBF)**    Rene M. Palma v. Pharmedica Communications, Inc.

Jeffrey S. Bagnell
Garrison Levin-Epstein Chimes & Richards
405 Orange St.
New Haven, CT 06511


Hugh W. Cuthbertson
Siegel, O'Connor, Zangari, O'Donnell & B
171 Orange St., Po Drawer 906
New Haven, CT 06510


Glenn A. Duhl
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103


Paul H. Gamache
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103


Joseph D. Garrison
Garrison Levin-Epstein Chimes & Richards
405 Orange St.
New Haven, CT 06511


Peter A. Janus
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103



BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK