UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| RENE M. PALMA | : | |
| | : | |
| v. | : | CIV. NO. 3:00CV1128 (HBF) |
| | : | |
| PHARMEDICA COMMUNICATIONS, INC | : | |

ENDORSEMENT RULING

The following motions are **DENIED** in light of the reported settlement of the case:

Plaintiff's Motion for Prejudgment Remedy **[Doc. #115]**;

Plaintiff's Motion for Disclosure **[Doc. #117]**; and

Plaintiff's Motion for Attorneys' Fees and Costs **[Doc. #123]**.

SO ORDERED at Bridgeport this 9th day of December 2003.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE