UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 12  P 12: 06

| | |
|---|---|
| RENE M. PALMA,<br><br>        Plaintiff,<br>v.<br><br>PHARMEDICA COMMUNICATIONS, INC.,<br><br>        Defendant. | CASE NO. 300CV01128 (HBF)<br><br><br><br><br><br>DECEMBER 10, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between all parties that this action may and shall be dismissed with prejudice ~~and without costs or attorney's fees~~.

**RENE M. PALMA**

By: _____
Jeffrey S. Bagnell  ct18983
Garrison, Levin-Epstein,
        Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511
(203) 777-4425
jbagnell@garrisonlaw.com

**PHARMEDICA COMMUNICATIONS, L.L.C.**

By: _____
Glenn A. Duhl  ct03644
Siegel, O'Connor, Zangari,
        O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900
gduhl@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal has been served on counsel for Defendant, Pharmedica Communications, L.L.C., Glenn A. Duhl, Esq., Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C., 150 Trumbull Street, Hartford, CT 06103, by first class mail, postage prepaid, this _10_ day of December, 2003.

_____
Jeffrey S. Bagnell