UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| RENE M. PALMA, | 2003 DEC 16 P 12: 33 |
| Plaintiff, | CASE NO. 300CV01128 (HBF) |
| v. | |
| PHARMEDICA COMMUNICATIONS, INC., | |
| Defendant. | DECEMBER / , 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between all parties that this action may and shall be dismissed with prejudice and without costs or attorney's fees.

**RENE M. PALMA**

By: _____
Jeffrey S. Bagnell  ct18983
Garrison, Levin-Epstein,
    Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511
(203) 777-4425
jbagnell@garrisonlaw.com

**PHARMEDICA COMMUNICATIONS, L.L.C.**

By: _____
Glenn A. Duhl  ct03644
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900
gduhl@siegeloconnor.com

FILED
2004 JAN -7 P 4: 56
US DISTRICT COURT
BRIDGEPORT CT

Motion GRANTED. It is SO ORDERED.
Holly B. Fitzsimmons, U.S.M.J.  DATE