UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

'ALMA,

    Plaintiff,　　　　　　　　　　　　　　　NO. 3:00CV01128(HBF)

)ICA COMMUNICATIONS,

    Defendant.　　　　　　　　　　　　　　　OCTOBER 29, 2003

### PLAINTIFF'S VERIFIED BILL OF COSTS

·suant to L.Civ.R. 17(a), the plaintiff seeks recovery of the following costs of this litigation:

| | |
|---|---|
| Filing Fee | $ 150.00 |
| Sheriff | $ 276.60 |
| Court Reporter | $ 6,309.70 |
| (deposition transcripts and one copy of trial transcript) | |
| Actuarial Litigation Service | $ 3,450.00 |
| (expert testimony of Sheldon Wishnick) | |
| Geomatrix Productions | $ 747.30 |
| (video deposition of Lawrence Timmerman) | |
| Witness Fee (Cindy Kane) | $ 40.00 |
| IKON Photocopying Inc., New Haven | $ 1,667.06 |
| (copying of trial exhibits and enlargements) | |
| Office photocopies | $ 799.80 |
| (used in preparation of case) | |

e total amount of the costs the plaintiff seeks to recover is $13,440.46. Recovery of these

pressly authorized by the local rules of this Court. See L.Civ.R. 17(c).

---

*Margin annotations:*

- 121
- January 20, 2004 - DENIED without prejudice to renewal upon submitting appropriate and complete documentation in support of the claim.
- KEVIN F. ROWE, Clerk
- By _____ Deputy-in-Charge
- 2004 JAN 20 A 11: 51  US DIST...
- 2003 ... 3:35